Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Universal Food & Beverage Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**80-091355** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3830 Commerce Drive**<br>**Saint Charles, IL** | | Street Address of Joint Debtor (No. and Street, City, and State): | |
|---|---|---|---|
| | ZIP Code<br>**60174** | | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**c/o Howard Korenthal**<br>**MorrisAnderson & Associates, Ltd.**<br>**55 West Monroe, Suite 2500**<br>**Chicago, IL** | | Mailing Address of Joint Debtor (if different from street address): | |
|---|---|---|---|
| | ZIP Code<br>**60603** | | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."　■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Universal Food & Beverage Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>      Signature of Attorney for Debtor(s)              (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)

FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Universal Food & Beverage Company, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney

X  **/s/ Miriam R. Stein**
Signature of Attorney for Debtor(s)

 **Miriam R. Stein 06238163**
Printed Name of Attorney for Debtor(s)

 **Arnstein & Lehr LLP**
Firm Name

 **120 S. Riverside Plaza**
 **Suite 1200**
 **Chicago, IL 60606**

Address

 **(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

 **August 31, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Howard R. Korenthal**
Signature of Authorized Individual

 **Howard R. Korenthal**
Printed Name of Authorized Individual

 **Chief Restructing Officer**
Title of Authorized Individual

 **August 31, 2007**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF RESOLUTION

I, August J. Liguori, do hereby certify that I am the duly appointed and acting President and Chief Executive Officer of Universal Food & Beverage Company, Inc., a Nevada corporation and its affiliates Universal Food & Beverage Company of Georgia, Inc., a Georgia corporation and Universal Food & Beverage Company of Virginia, a Virginia corporation (collectively, the "Corporations"), and that as such officer, I am authorized to execute and deliver this certificate on behalf of the Corporations. In my capacity as President and Chief Executive Officer, I further certify that the following resolutions were adopted by the Board of Directors:

RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporations, their creditors, stockholders, employees and other interested parties that the Corporations file voluntary petitions for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED FURTHER, that it is in the best interest of the Corporations, their creditors, stockholders, employees and other parties in interest that the Corporations retain and seek Court approval of the retention of Howard Korenthal of Morris Anderson as the chief restructuring officers for the Corporation ("CRO"). The CRO shall be authorized and empowered on behalf of and in the name of the Corporations to execute and verify or certify petitions under Chapter 11 of the Bankruptcy Code and to cause the same petitions to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as the CRO shall determine. In addition, the CRO shall be authorized and empowered on behalf of and in the name of the Corporations to file all petitions, schedules, lists, and other papers and to take any and all action that the CRO may deem necessary or proper in connection with the Corporations' chapter 11 cases; and

RESOLVED FURTHER that the CRO shall be authorized and empowered on behalf of and in the name of the Corporations to negotiate and enter into an asset purchase agreement to sell substantially all of the assets of the Corporations to one or more purchasers that offer the highest and/or best offers for the Corporations' assets, subject to the approval of the Bankruptcy Court; and

RESOLVED FURTHER, that each of the members of the law firm of Arnstein & Lehr LLP, in any of its various offices throughout the United States, shall be employed as attorneys for the Corporations in the Corporations' Chapter 11 cases and that the Corporations shall pay Arnstein & Lehr LLP an advance payment retainer in the minimum amount of $50,000 prior to filing the Chapter 11 petitions; and

1

**RESOLVED FURTHER**, that the CRO be, and each hereby is, authorized and empowered, on behalf of, and in the name of the Corporations to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Corporations' Chapter 11 cases on such terms as the CRO deems necessary proper and desirable.

**IN WITNESS WHEREOF**, I have hereunto set my hand on this ____ day of August, 2007.

Signature: _____

Printed Name: _____

AUGUST J. LIGUORI

**AGREED:**

_____

Bruce Neversia
Director

2

**RESOLVED FURTHER,** that the CRO be, and each hereby is, authorized and empowered, on behalf of, and in the name of the Corporations to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Corporations' Chapter 11 cases on such terms as the CRO deems necessary proper and desirable.

**IN WITNESS WHEREOF,** I have hereunto set my hand on this ____ day of August, 2007.

Signature:_____

Printed Name: _____

**AGREED:**

Bruce Neviaser
Director

2

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Universal Food & Beverage Company, Inc.**                              Case No. _____

Debtor(s)                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aerotek Commercial Staffing**<br>**P.O. Box 198531**<br>**Atlanta, GA 30384-8531** | **Aerotek Commercial Staffing**<br>**P.O. Box 198531**<br>**Atlanta, GA 30384-8531** | | | **39,694.15** |
| **Alex C. Fergusson, Inc.**<br>**(AFCO Inc.)**<br>**P.O. Box 8500-51500**<br>**Philadelphia, PA 19178-8500** | **Alex C. Fergusson, Inc. (AFCO Inc.)**<br>**P.O. Box 8500-51500**<br>**Philadelphia, PA 19178-8500** | | | **39,178.88** |
| **Burnham Hill Partners**<br>**Attn: Michael S. Liss**<br>**570 Lexington Avenue**<br>**New York, NY 10022** | **Burnham Hill Partners**<br>**Attn: Michael S. Liss**<br>**570 Lexington Avenue**<br>**New York, NY 10022** | | | **250,000.00** |
| **California Natural Products**<br>**P.O. Box 1219**<br>**Lathrop, CA 95330** | **California Natural Products**<br>**P.O. Box 1219**<br>**Lathrop, CA 95330** | | | **297,451.81** |
| **Colorado Marketing & Design**<br>**Attn: James T. Attebery**<br>**2750 Witter Gulch Road**<br>**Evergreen, CO 80439** | **Colorado Marketing & Design**<br>**Attn: James T. Attebery**<br>**2750 Witter Gulch Road**<br>**Evergreen, CO 80439** | | | **55,000.00** |
| **David A. Umbaugh**<br>**c/o Stahl Cowen Crowley LLC**<br>**55 W. Monroe Street, Suite 500**<br>**Chicago, IL 60603** | **David A. Umbaugh**<br>**c/o Stahl Cowen Crowley LLC**<br>**55 W. Monroe Street, Suite 500**<br>**Chicago, IL 60603** | | | **70,350.00** |
| **Holland & Knight LLP**<br>**Attn: Carl Neumann**<br>**P.O. Box 3092**<br>**Lakeland, FL 33802-2092** | **Holland & Knight LLP**<br>**Attn: Carl Neumann**<br>**P.O. Box 3092**<br>**Lakeland, FL 33802-2092** | | | **206,911.30** |
| **J & S Wholesale Rental**<br>**P.O. Box 1104**<br>**Asheboro, NC 27204-1104** | **J & S Wholesale Rental**<br>**P.O. Box 1104**<br>**Asheboro, NC 27204-1104** | | | **47,250.00** |
| **Levenfeld Pearlstein**<br>**Two North LaSalle Street**<br>**Chicago, IL 60603** | **Levenfeld Pearlstein**<br>**Two North LaSalle Street**<br>**Chicago, IL 60603** | | | **327,392.93** |
| **Maryland & Virginia Milk Producers**<br>**P.O. Box 79537**<br>**Baltimore, MD 21279-0537** | **Maryland & Virginia Milk Producers**<br>**P.O. Box 79537**<br>**Baltimore, MD 21279-0537** | | | **563,702.86** |

In re  **Universal Food & Beverage Company, Inc.**                                  Case No. _____
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Meadwestvaco Packaging Sys. LLC<br>P.O. Box 409424<br>Atlanta, GA 30384-9424 | Meadwestvaco Packaging Sys. LLC<br>P.O. Box 409424<br>Atlanta, GA 30384-9424 | | | 70,599.33 |
| Mort Loan Grayson<br>P.O. Box 186<br>Independence, VA 24348 | Mort Loan Grayson<br>P.O. Box 186<br>Independence, VA 24348 | | | 140,504.06 |
| Obrist Americas, Inc.<br>c/o Mellon Bank<br>Dept. CH 14152<br>Palatine, IL 60055-4152 | Obrist Americas, Inc.<br>c/o Mellon Bank<br>Dept. CH 14152<br>Palatine, IL 60055-4152 | | | 84,553.47 |
| Raymond Leasing Corp.<br>P.O. Box 2033905<br>Houston, TX 77216-3905 | Raymond Leasing Corp.<br>P.O. Box 2033905<br>Houston, TX 77216-3905 | | | 49,436.15 |
| Southstar Energy Services LLC<br>P.O. Box 945785<br>Atlanta, GA 30394 | Southstar Energy Services LLC<br>P.O. Box 945785<br>Atlanta, GA 30394 | | | 103,857.77 |
| Star Construction - Leasing<br>950 Rodeo Drive<br>Walterboro, SC 29488 | Star Construction - Leasing<br>950 Rodeo Drive<br>Walterboro, SC 29488 | | | 99,458.33 |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | | | 38,474.51 |
| Valley Consulting Group<br>Attn:  John Houser<br>1441 Mountain Loop Road NW<br>Sugar Valley, GA 30746 | Valley Consulting Group<br>Attn:  John Houser<br>1441 Mountain Loop Road NW<br>Sugar Valley, GA 30746 | | | 65,000.00 |
| Waste Management - Savannah<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | Waste Management - Savannah<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | | | 52,906.43 |
| Zuckerman/Honickman Inc.<br>P.O. Box 8500-1151<br>Philadelphia, PA 19178-1151 | Zuckerman/Honickman Inc.<br>P.O. Box 8500-1151<br>Philadelphia, PA 19178-1151 | | | 85,525.25 |

In re    **Universal Food & Beverage Company, Inc.**                              Case No. _____
                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructing Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 31, 2007**                    Signature    **/s/ Howard R. Korenthal**
                                                                        **Howard R. Korenthal**
                                                                        **Chief Restructing Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Universal Food & Beverage Company, Inc.**                              ,
                                                          Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,600,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 67 | | 3,509,682.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 77 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 11,109,682.67 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Universal Food & Beverage Company, Inc.**                              ,        Case No. _____
Debtor
Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6A
(10/05)

In re    **Universal Food & Beverage Company, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re **Universal Food & Beverage Company, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > 0.00
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re   **Universal Food & Beverage Company, Inc.**
_____ ,   Case No. _____
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6B
(10/05)

In re    **Universal Food & Beverage Company, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Universal Food & Beverage Company, Inc.**                                                    Case No. _____

                                                              ,
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Grayson National Bank Attn: Dennis B. Gambill 113 West Main Street Independence, VA 24348** | | - | | | | | | |
| | | | Value $            **Unknown** | | | | **2,500,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| **Midsummer Capital LLC 295 Madison Avenue 38th Floor New York, NY 10017** | | - | | | | | | |
| | | | Value $            **Unknown** | | | | **5,100,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | **7,600,000.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **7,600,000.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re _____ **Universal Food & Beverage Company, Inc.** _____,   Case No. _____
                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                                   ,          Case No. _____
                                                                  Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service (Insolvency) 200 W. Adams, Suite 2300 Chicago, IL 60606** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. **U.S. Security & Exchange Comission Attn: Merri Jo Gillette 175 W. Jackson, Suite 900 Chicago, IL 60604** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to                                  Subtotal                **0.00**
Schedule of Creditors Holding Unsecured Priority Claims                  (Total of this page)     **0.00**         **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                    ,        Case No. _____
                                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Georgia State Dept. of Revenue 1800 Century Center Blvd. NE Atlanta, GA 30345** | - | | | | | | Unknown <br><br> Unknown | | Unknown <br><br> 0.00 |
| Account No. <br><br>**Illinois Dept. of Employment Revenu 100 W. Randolph Street Chicago, IL 60601** | - | | | | | | Unknown <br><br> Unknown | | Unknown <br><br> 0.00 |
| Account No. <br><br>**Illinois Dept. of Employment Sec. 325 S. Poplar Street P.O. Box 827 Centralia, IL 62801** | - | | | | | | Unknown <br><br> Unknown | | Unknown <br><br> 0.00 |
| Account No. <br><br>**Virginia Department of Taxation Office of Customer Services P.O. Box 1115 Richmond, VA 23218** | - | | | | | | Unknown <br><br> Unknown | | Unknown <br><br> 0.00 |
| Account No. <br><br>**Virginia Employment Commission 703 East Main Street Richmond, VA 23219** | - | | | | | | Unknown <br><br> Unknown | | Unknown <br><br> 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re    **Universal Food & Beverage Company, Inc.**        Case No. _____
_____ ,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **3M CAY 1690** <br> **2807 Payarphere Circle** <br> **Chicago, IL 60674** | - | | | | | | 291.36 |
| Account No. <br><br> **A & L Pump** <br> **P.O. Box 2247** <br> **Manteca, CA 95336** | | | | | | | 1,112.13 |
| Account No. <br><br> **A Daigger & Co. Inc.** <br> **620 Lakeview Parkway** <br> **Vernon Hills, IL 60061** | - | | | | | | 105.55 |
| Account No. <br><br> **Abbey Mec-Tric** <br> **P.O. Box 1225** <br> **Norcross, GA 30091** | - | | | | | | 495.61 |
| __66__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 2,004.65 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:27036-070719    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                             ,   Case No. _____
                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Able Pest Control** <br>**7 N 365 Falcons Trail** <br>**Saint Charles, IL 60174** | - | | | | | | | 280.00 |
| Account No. **73484** <br><br>**Accountemps** <br>**P.O. Box 6000** <br>**San Francisco, CA 94160-3484** | - | | | | | | | 2,367.85 |
| Account No. <br><br>**ADMS-Heath Engineering, Inc.** <br>**119 North Main Street** <br>**Galax, VA 24333** | - | | | | | | | 3,505.00 |
| Account No. <br><br>**Advantage Storage Trailers** <br>**P.O. Box 236** <br>**Sparta, NC 28675** | - | | | | | | | 4,370.03 |
| Account No. <br><br>**Aerotek Commercial Staffing** <br>**P.O. Box 198531** <br>**Atlanta, GA 30384-8531** | - | | | | | | | 39,694.15 |

Sheet no. __**1**__ of __**66**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,217.03

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                                         ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Alex C. Fergusson, Inc. (AFCO Inc.) P.O. Box 8500-51500 Philadelphia, PA 19178-8500** | - | | | | | | | **39,178.88** |
| Account No. | | | | | | | | |
| **Allen Industries, Inc. Attn:  Joe Moran 23 Progress Street Edison, NJ 08820** | - | | | | | | | **212.21** |
| Account No. **309330010551** | | | | | | | | |
| **Allied Waste Services #933 P.O. Box 9001154 Louisville, KY 40290** | - | | | | | | | **72.72** |
| Account No. | | | | | | | | |
| **Ambassador Personnel P.O. Box 2057 Thomasville, GA 31799-2057** | - | | | | | | | **9,560.39** |
| Account No. | | | | | | | | |
| **AMCO Products Company Attn:  Wendell Martin 501 Phoenix Avenue Fort Smith, AR 72916** | - | | | | | | | **8,021.86** |

| Sheet no. __**2**__ of __**66**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **57,046.06** |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                      ,    Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Arbitration Assoc.** <br> **950 Warren Avenue** <br> **East Providence, RI 02914** | - | | | | | | | 211.12 |
| Account No. <br><br> **American Computer Supplies** <br> **P.O. Box 64762** <br> **Los Angeles, CA 90064** | - | | | | | | | 1,323.00 |
| Account No. <br><br> **American Conveyor Corp.** <br> **Attn:  Arnold Lawner** <br> **1819 Flushing Avenue** <br> **Ridgewood, NY 11385** | - | | | | | | | 8,655.00 |
| Account No. <br><br> **Andress Engineering Assoc.** <br> **131 Airpark Industrial Road** <br> **Alabaster, AL 35007** | - | | | | | | | 6,161.95 |
| Account No. <br><br> **Angela Lashell Sallie** <br> **343 Riverview Drive** <br> **Savannah, GA 31404** | - | | | | | | | Unknown |

Sheet no. __3___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,351.07

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**              ,        Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Annette M. Johnson P.O. Box 9792 Savannah, GA 31402 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Anthony Baker, Sr. 2800 Capitol Street Apt. #9B Savannah, GA 31404 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Anthony Lamar Moore 31 Skyline Sr. Savannah, GA 31406 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Anthony Thomas 1617 Dean Forest Road P.O. Box 7496 Savannah, GA 31408 | - | | | | | | | **Unknown** |
| Account No. **02034398848** | | | | | | | | |
| Appalachian Pow P.O. Box 24413 Canton, OH 44701-4415 | - | | | | | | | **250.60** |

Sheet no. __4___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**250.60**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                     ,      Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **02266066642** | | | | | | | | |
| **Appalachian Pow** P.O. Box 24416 Canton, OH 44701-4413 | - | | | | | | | **516.63** |
| Account No. **02344398843** | | | | | | | | |
| **Appalachian Pow** P.O. Box 24413 Canton, OH 44701-4413 | - | | | | | | | **568.68** |
| Account No. | | | | | | | | |
| **Appalachian Power Company** P.O. Box 24404 Canton, OH 44701 | - | | | | | | | **88.69** |
| Account No. | | | | | | | | |
| **Aqueelah Taliah Bryant** 714 West 57th Street Savannah, GA 31405 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Aramark Uniform Services** P.O. Box 3835 Savannah, GA 31414-3835 | - | | | | | | | **4,686.69** |

Sheet no. __5___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,860.69**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                                  ,      Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ARCET P.O. Box 10699 Lynchburg, VA 24506-0699 | - | | | | | | | 3,095.40 |
| Account No. | | | | | | | | |
| Ariake USA, Inc. Attn:  George Peklo 1711 N. Liberty Street Harrisonburg, VA 22802 | - | | | | | | | 3,015.26 |
| Account No. | | | | | | | | |
| Ashley Jane Holloway 508 East 4th Street Rincon, GA 31326 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| AT & T P.O. Box 8100 Aurora, IL 60507-8100 | - | | | | | | | 688.98 |
| Account No. 210631236215 | | | | | | | | |
| AT & T-6215 P.O. Box 277019 Atlanta, GA 30384-7019 | - | | | | | | | 547.00 |

Sheet no. __6___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,346.64

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**          ,          Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| August Liquori 15 Horton Court West Harrison, NY 10604 | - | | | | | | | 24,249.36 |
| Account No. | | | | | | | | |
| Aurora Tri-State Fire 1080 Corporate Boulevard Aurora, IL 60504 | - | | | | | | | 59.59 |
| Account No. | | | | | | | | |
| Batavia Land Co. Attn:  Nancy 1399 East State Street Geneva, IL 60134-2490 | - | | | | | | | 32,567.10 |
| Account No. | | | | | | | | |
| Berts Garage, Inc. P.O. Box 616 Hillsville, VA 24343 | - | | | | | | | 2,520.50 |
| Account No. | | | | | | | | |
| Beverly Denise Jenkins P.O. Box 691 Savannah, GA 31401 | - | | | | | | | Unknown |

Sheet no. __7___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **59,396.55**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                         ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bizedge** **P.O. Box 93825** **Cleveland, OH 44101-5825** | - | | | | | | **6,395.00** |
| Account No. | | | | | | | |
| **Blackman Kallick** **2796 Eagle Way** **Chicago, IL 60678-1279** | - | | | | | | **18,303.89** |
| Account No. | | | | | | | |
| **Bradley Lock & Key Shop** **24 State Street E** **Savannah, GA 31401** | - | | | | | | **95.03** |
| Account No. | | | | | | | |
| **Brenda Yvonne Parker** **14 Sidney Court** **Savannah, GA 31406** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Briarpatch Metal Works, Inc.** **1173 N. Independence Avenue** **Independence, VA 24348** | - | | | | | | **197.47** |

Sheet no. __8__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,991.39**

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                    Case No. _____
_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Bruce A. Alexander 985 Rushing Street Richmond Hill, GA 31324 | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| Burnham Hill Partners Attn: Michael S. Liss 570 Lexington Avenue New York, NY 10022 | - | | | | | | | | 250,000.00 |
| Account No. | | | | | | | | | |
| C.H. Robinson Worldwide P.O. Box 9121 Minneapolis, MN 55480-9121 | - | | | | | | | | 2,762.00 |
| Account No. | | | | | | | | | |
| California Natural Products P.O. Box 1219 Lathrop, CA 95330 | - | | | | | | | | 297,451.81 |
| Account No. | | | | | | | | | |
| Carey F. Canales 310 Symons Street Pooler, GA 31322 | - | | | | | | | | **Unknown** |

Sheet no. __9__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

550,213.81

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                                    Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Carl Nathaniel Anderson 1425 King George Road Apt. #7B Savannah, GA 31419 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Carlethia A. Brown 4205 Walton Street Savannah, GA 31405 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Carroll County JDR Court P.O. Box 1808 Hillsville, VA 24343-1808 | - | | | | | | | 256.24 |
| Account No. | | | | | | | | |
| Carroll County PSA 605-2 Pine Street Hillsville, VA 24343 | - | | | | | | | 116.57 |
| Account No. | | | | | | | | |
| Celsis, Inc. 165 Fieldcrest Avenue Edison, NJ 08837 | - | | | | | | | 2,677.05 |

Sheet no. __10__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,049.86**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Universal Food & Beverage Company, Inc._____,    Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Century Solutions** **Attn: Mike Manahan** **12836 S. Dixie Highway** **Bowling Green, OH 43402** | - | | | | | | | **2,002.29** |
| Account No. | | | | | | | | |
| **Chaka Jensece Hopkins** **1228 Seiler Avenue** **Savannah, GA 31404** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Charels Sizer** **2408 Marshall Court** **Naperville, IL 60565** | - | | | | | | | **2,322.63** |
| Account No. | | | | | | | | |
| **Charity M. Lynn** **504 Ash Street** **Bloomingdale, GA 31302** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Charles A.Southard IV** **312 Keen Way** **Guyton, GA 31312** | - | | | | | | | **Unknown** |

Sheet no. __11__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,324.92**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles Sizer**<br>**2408 Marshall Court**<br>**Naperville, IL 60565** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Charm Science**<br>**659 Andover Street**<br>**Lawrence, MA 01843** | - | | | | | | | **2,125.00** |
| Account No.<br><br>**Charm Sciences, Inc.**<br>**P.O. Box 3700-29**<br>**Boston, MA 02241** | - | | | | | | | **602.46** |
| Account No.<br><br>**Cherie Leveda Lang**<br>**104 Ridgecrest Street**<br>**Pooler, GA 31322** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Christopher Michael Brown**<br>**P.O. Box 2141**<br>**Rincon, GA 31326** | - | | | | | | | **Unknown** |

Sheet no. __12__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,727.46**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**          ,          Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Christopher Michael Yarbrough**<br>**620 E. Deerfield Road**<br>**Bloomingdale, GA 31302** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Christopher Screen**<br>**25 Clearwater Lane**<br>**Savannah, GA 31419** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Clifton June Jones**<br>**7207 Madison Avenue**<br>**Savannah, GA 31406** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Coastal Training Tech Corp.**<br>**P.O. Box 846078**<br>**Dallas, TX 75284-6078** | - | | | | | | | **716.70** |
| Account No.<br><br>**Cole Parmer Instrument Company**<br>**625 E. Bunker Court**<br>**Vernon Hills, IL 60061** | - | | | | | | | **727.50** |

Sheet no. __13__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,444.20**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                          ,      Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Colonial Life & Accident P.O. Box 1355 Columbia, SC 29202-1365** | - | | | | | | | 2,311.34 |
| Account No. | | | | | | | | |
| **Colony Bay Florist 4809 Augusta Road Garden City, GA 31408** | - | | | | | | | 108.92 |
| Account No. | | | | | | | | |
| **Colorado Marketing & Design Attn:  James T. Attebery 2750 Witter Gulch Road Evergreen, CO 80439** | - | | | | | | | 55,000.00 |
| Account No. | | | | | | | | |
| **Comcast Cable P.O. Box 3001 Southeastern, PA 19398-3001** | - | | | | | | | 106.66 |
| Account No. | | | | | | | | |
| **Con-Way Freight Inc. 135 S. LaSalle Street Dept. 2493 Chicago, IL 60674-2493** | - | | | | | | | 1,601.70 |

Sheet no. __14__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **59,128.62**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                               ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Con-Way Transportation Service** | - | | | | | | | 228.03 |
| Account No. **Concentra Medical Centers** Occ. Health Centers of GA, Inc. P.O. Box 87230 Hapeville, GA 30354-0730 | - | | | | | | | 343.00 |
| Account No. **Cricket Financial LLC** **12310 Pinecrest Road** **Suite 100** **Reston, VA 20192** | - | | | | | | | 3,786.18 |
| Account No. **Crouch** **2516 Fillmore Avenue** **Knoxville, TN 37921** | - | | | | | | | 694.65 |
| Account No. **DAF Corporation** P.O. Box 467 Kaukauna, WI 54130 | - | | | | | | | 66.67 |

Sheet no. __15__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,118.53

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                      Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Dale's Kitchen LLC 100 Belted Kingfisher Lane Richmond Hill, GA 31324** | - | | | | | | | **Unknown** |
| Account No. **Daniel Jermone MOrgan P.O. Box 5721 Savannah, GA 31414** | - | | | | | | | **Unknown** |
| Account No. **Daniele M. Dale 1854 Goshen Road #8 Rincon, GA 31326** | - | | | | | | | **Unknown** |
| Account No. **Darryl Keith Brown 628 E. 39th Street Savannah, GA 31401** | - | | | | | | | **Unknown** |
| Account No. **David A. Umbaugh c/o Stahl Cowen Crowley LLC 55 W. Monroe Street, Suite 500 Chicago, IL 60603** | - | | | | | | | **70,350.00** |

Sheet no. __16__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70,350.00**

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                          ,    Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**David Anthony Braswell**<br>**126 Horsepen Road**<br>**Guyton, GA 31312** | - | | | | | | | **Unknown** |
| Account No.<br><br>**David Trappio, Jr.**<br>**204 New York Avenue**<br>**Savannah, GA 31404** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Dawn Opal Robertson**<br>**1069 Railroad Bed Road**<br>**Brooklet, GA 30415** | - | | | | | | | **Unknown** |
| Account No.<br><br>**DCI, Inc.**<br>**P.O. Box 1227**<br>**Saint Cloud, MN 56302-1227** | - | | | | | | | **63.33** |
| Account No.  **24436688**<br><br>**De Lage Landen Financial Ser.**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1601** | - | | | | | | | **2,287.17** |

Sheet no. __**17**__ of __**66**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,350.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Debra Lynn Smith** <br> **1854 Goshen Road** <br> **Lot #14** <br> **Rincon, GA 31326** | - | | | | | | **Unknown** |
| Account No. <br><br> **Delroy U. Chambers II** <br> **201 W. Montgomery CR.** <br> **Apt. #101** <br> **Savannah, GA 31406** | - | | | | | | **Unknown** |
| Account No. <br><br> **Demetraus D. Jenkins** <br> **4309 Augusta Road** <br> **Apt. #370** <br> **Garden City, GA 31408** | - | | | | | | **Unknown** |
| Account No. **371709** <br><br> **Digi-Key** <br> **P.O. Box 250** <br> **Thief River Falls, MN 56701-0250** | - | | | | | | **77.02** |
| Account No. <br><br> **DISH Network** <br> **P.O. Box 105169** <br> **Atlanta, GA 30348-5169** | - | | | | | | **189.73** |

Sheet no. __**18**__ of __**66**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **266.75**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Universal Food & Beverage Company, Inc.** ,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Domestic Uniform Rental** **4131 N. Ravenswood** **Chicago, IL 60613** | - | | | | | | | **387.79** |
| Account No. | | | | | | | | |
| **Don Ratliff** **31114 Rich Valley Road** **Meadowview, VA 24361** | - | | | | | | | **24,000.00** |
| Account No. | | | | | | | | |
| **Douglas Mark Hall** **209 James Road** **Pooler, GA 31322** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **DSM Nutritional Products** **34 Waterview Boulevard** **Parsippany, NJ 07054** | - | | | | | | | **970.00** |
| Account No. | | | | | | | | |
| **Dwayne Tyron Hall** **1106 Augusta Avenue** **Savannah, GA 31401** | - | | | | | | | **Unknown** |

Sheet no. __**19**__ of __**66**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,357.79**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                              Case No. _____
                                                              ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **E & R Oil** **P.O. Box 268** **Independence, VA 24348** | - | | | | | | | 903.84 |
| Account No. | | | | | | | | |
| **ECO Lab Pest Elimination Div.** **P.O. Box 6007** **Grand Forks, ND 58206-6007** | - | | | | | | | 1,457.92 |
| Account No. | | | | | | | | |
| **Eddie Lee Leggett** **649 E. 38th Street** **Savannah, GA 31401** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Edward Walker** **714 West 57th Street** **Apt. #302** **Savannah, GA 31405** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Eggers Eggers Eggers & Eggers** **P.O. Box 248 DTS** **373 West King Street** **Boone, NC 28607** | - | | | | | | | 1,899.95 |

Sheet no. __20__ of __66__ sheets attached to Schedule of        Subtotal        4,261.71
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                              Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eldean Ramsey**<br>**421 Standard Lane**<br>**P.O. Box 241**<br>**Springfield, GA 31329** | - | | | | | | **Unknown** |
| Account No.<br><br>**EMBARQ**<br>**P.O. Box 96064**<br>**Charlotte, NC 28296-0064** | - | | **Acct: 21066900**<br>**276-223-1442-934**<br>**276-728-3831-670**<br>**276-773-9799-361** | | | | **893.68** |
| Account No.<br><br>**Enersys, Inc.**<br>**1604 Solutions Center**<br>**Chicago, IL 60677-1066** | - | | | | | | **1,177.26** |
| Account No.<br><br>**Environmental Management Services**<br>**P.O. Box 784**<br>**Wytheville, VA 24382** | - | | | | | | **4,650.00** |
| Account No.<br><br>**Estes Express Lines**<br>**P.O. Box 25612**<br>**Richmond, VA 23260-5612** | - | | | | | | **3,131.12** |

Sheet no. __21__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,852.06**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Evelyn Robinson Peterson** <br> **125 Tibet Avenue** <br> **Apt. #101B** <br> **Savannah, GA 31406** | - | | | | | | | **Unknown** |
| Account No. <br><br> **Fastenal** <br> **500 Peppers Ferry Road** <br> **Wytheville, VA 24382** | - | | | | | | | **3,000.00** |
| Account No. <br><br> **Fastenal Company** <br> **P.O. Box 978** <br> **Winona, MN 55987-0978** | - | | | | | | | **1,570.49** |
| Account No. **2735-9946-0; 3079-5520-3** <br><br> **Federal Express Corp.** <br> **P.O. Box 94515** <br> **Palatine, IL 60094-4515** | - | | | | | | | **7,147.35** |
| Account No. <br><br> **FedEx Freight** <br> **4103 Collection Center Drive** <br> **Chicago, IL 60693** | - | | | | | | | **5,423.39** |

Sheet no. __**22**__ of __**66**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **17,141.23**

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Festo Corp. P.O. Box 1355 Buffalo, NY 14240 | - | | | | | | | 2,225.51 |
| Account No. | | | | | | | | |
| Fil-Clean 6122 Gardendale Drive Houston, TX 77092 | - | | | | | | | 60.00 |
| Account No. | | | | | | | | |
| Financial Dynamics c/o Salamon Gruber Blaymore et al. 97 Powerhouse Road, Suite 102 Roslyn Heights, NY 11577-2016 | - | | | | | | | 26,000.00 |
| Account No. | | | | | | | | |
| Flatiron Capital Corp. P.O. Box 27802 Newark, NJ 07101-7802 | - | | | | | | | 12,048.39 |
| Account No. | | | | | | | | |
| Florida Spectrum Env.Svcs, Inc. 1460 West McNab Road Fort Lauderdale, FL 33309 | - | | | | | | | 2,478.00 |

Sheet no. __23__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,811.90

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Florida Technology & Solutions, Inc 4493 Browns Bridge Road Gainesville, GA 30504 | - | | | | | | | 360.73 |
| Account No. | | | | | | | | |
| Fona International 1900 Averill Road Geneva, IL 60134 | - | | | | | | | 520.00 |
| Account No. | | | | | | | | |
| Frederick J. Deborde 2 Miller Avenue P.O. Box 875 Tybee Island, GA 31328 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Frictec Limited Robinson Way Portsmouth, Hampshire | - | | | | | | | 2,128.67 |
| Account No. | | | | | | | | |
| Frischkorn, Inc. P.O. Box 6668 Richmond, VA 23230 | - | | | | | | | 327.17 |

| | | |
|---|---|---|
| Sheet no. __24__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,336.57 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **G & B Energy**<br>**P.O. Box 811**<br>**Elkin, NC 28621-0811** | - | | | | | | | |
| | | | | | | | | **5,991.53** |
| Account No. | | | | | | | | |
| **Gail Sanecki**<br>**41 W 770 Northway Drive**<br>**Elburn, IL 60119** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Gary B. Rhudy**<br>**P.O. Box 435**<br>**Independence, VA 24348** | - | | | | | | | |
| | | | | | | | | **2,198.00** |
| Account No. | | | | | | | | |
| **Gazette Press, Inc.**<br>**P.O. Box 186**<br>**Galax, VA 24333** | - | | | | | | | |
| | | | | | | | | **278.00** |
| Account No. | | | | | | | | |
| **Glover & Associates, Inc.**<br>**506 International Tower**<br>**229 Peachtree Street, NE**<br>**Atlanta, GA 30303** | - | | | | | | | |
| | | | | | | | | **18,148.91** |

Sheet no. __25__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,616.44**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                          ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Gordon Flesch Company, Inc.**
**P.O. Box 992**
**Madison, WI 53701-0992** | - | | | | | | | 1,356.98 |
| Account No. **866644370**

**Grainger**
**Dept. 648**
**Palatine, IL 60038-0001** | - | | | | | | | 883.60 |
| Account No.

**Henry T. Hickey**
**130 Fox Bow Court**
**Fox Bow Farms**
**Eden, GA 31307** | - | | | | | | | Unknown |
| Account No.

**Holiday Inn Express**
**1600 E. Main Street**
**Saint Charles, IL 60174** | - | | | | | | | 509.52 |
| Account No.

**Holland & Knight LLP**
**Attn: Carl Neumann**
**P.O. Box 3092**
**Lakeland, FL 33802-2092** | - | | | | | | | 206,911.30 |

Sheet no. __26__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **209,661.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Horizon Equipment Rental 162 Silver Springs Trail Mount Airy, NC 27030 | - | | | | | | | 1,155.00 |
| Account No. Hubert R. Boissiere 107 Gray's Creek Court Savannah, GA 31410 | - | | | | | | | Unknown |
| Account No. Hugh M. Gross III 367 Shearhouse Road Guyton, GA 31312 | - | | | | | | | Unknown |
| Account No. Hydro-Environmental Consultants | - | | | | | | | 1,000.00 |
| Account No. Independence Tire Co. P.O. Box 388 Independence, VA 24348 | - | | | | | | | 2.30 |

Sheet no. __27__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,157.30

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                              ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Indian River Transport Co.** **P.O. Box 863670** **Orlando, FL 32886-3670** | - | | | | | | | 1,897.50 |
| Account No. | | | | | | | | |
| **Inkjet, Inc.** **P.O. Box 847501** **Dallas, TX 75284-7501** | - | | | | | | | 1,971.83 |
| Account No. | | | | | | | | |
| **International Paper** **1689 Solutions Center** **Chicago, IL 60677-1006** | - | | | | | | | 1,860.00 |
| Account No. | | | | | | | | |
| **International Stock Transfer Co.** **1981 East 4800 South** **Suite 100** **Salt Lake City, UT 84117** | - | | | | | | | 1,344.88 |
| Account No. | | | | | | | | |
| **J & S Wholesale Rental** **P.O. Box 1104** **Asheboro, NC 27204-1104** | - | | | | | | | 47,250.00 |

Sheet no. __28__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,324.21

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                              ,        Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| J.J. Keller P.O. Box 548 Neenah, WI | - | | | | | | | | 1,041.01 |
| Account No. | | | | | | | | | |
| Jack Tally 3568 NC8 Highway 65 Germanton, NC 27019 | - | | | | | | | | 1,364.38 |
| Account No. | | | | | | | | | |
| James Leonard Williams 2208 Godbee Avenue Garden City, GA 31408 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| James Scott 2 Arrowhead Court Savannah, GA 31406 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| James T. Attebery 2750 Witter Gulch Road Evergreen, CO 80439 | - | | | | | | | | 1,711.85 |

Sheet no. __29__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,117.24

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.** ,   Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Jamie Lee Peterson<br>60 Montgomery CRD<br>Room 253<br>Savannah, GA 31419 | - | | | | | | | Unknown |
| Account No.<br><br>Jana Klauer, M.C.<br>780 Park Avenue<br>New York, NY 10021 | - | | | | | | | Unknown |
| Account No.<br><br>Janis Lynne Morris<br>113 Hollow Oak Drive<br>Bloomingdale, GA 31302 | - | | | | | | | Unknown |
| Account No.<br><br>JANPAK Supply Solutions<br>Attn: Kathy Jones<br>113 Peter's Quay<br>Savannah, GA 31410 | - | | | | | | | 20,136.90 |
| Account No.<br><br>Jay N. Collins<br>219 Shellie Helmey<br>Guyton, GA 31312 | - | | | | | | | Unknown |

Sheet no. __30__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,136.90

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                              , Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Jeffery Adam Wilson<br>30 A  Hidden Creek Drive<br>Guyton, GA 31312 | - | | | | | | | Unknown |
| Account No.<br><br>Jeffry A. Cheney<br>118 St. Matthews Road<br>Guyton, GA 31312 | - | | | | | | | Unknown |
| Account No.<br><br>Jeffry L. Burmeister<br>150 Nandina Way<br>Pooler, GA 31322 | - | | | | | | | Unknown |
| Account No.<br><br>Joan Barlow<br>3122 Elk Creek Parkway<br>Independence, VA 24348 | - | | | | | | | 186.90 |
| Account No.<br><br>Joe Cole | - | | | | | | | 800.00 |

Sheet no. __31__ of __66__ sheets attached to Schedule of        Subtotal        986.90
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                          , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Joel Clyde McLaughlin P.O. Box 121 Frank W. Dasher Lane Guyton, GA 31312 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| John  Anthony Jenkins 119 N. Leedsgate Road Savannah, GA 31406 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| John Levy 110 Oak Tree Pass Westfield, NJ 07090 | - | | | | | | 4,000.00 |
| Account No. | | | | | | | |
| Jon Gleaton Knotts 117 Usher Place Rincon, GA 31326 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Joseph Balistreri 7831 Ox Trail Way Verona, WI 53593 | - | | | | | | 1,061.62 |

Sheet no. __32__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,061.62

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                    ,    Case No. _____

                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joseph Duncan** <br> **1301 S. Main Street** <br> **Lot #1** <br> **Hinesville, GA 31313** | - | | | | | | | **Unknown** |
| Account No. <br><br> **Jost Chemical** <br> **8150 Lackland Road** <br> **Saint Louis, MO 63114** | - | | | | | | | **1,350.00** |
| Account No. <br><br> **Jowat Corporation** <br> **P.O. Box 1368** <br> **High Point, NC 27261** | - | | | | | | | **9,661.65** |
| Account No. <br><br> **Joy Lynette Brown** <br> **357 Sherman Avenue** <br> **Savannah, GA 31405** | - | | | | | | | **Unknown** |
| Account No. <br><br> **Judy Balistreri** <br> **7831 Ox Trail Way** <br> **Verona, WI 53593** | - | | | | | | | **162.72** |

Sheet no. __33__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,174.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**　　　　　　　　　,   Case No. _____
　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Julie Curry 308 E. Clark Street Plano, IL 60545 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Karen Marie Knotts 117 Usher Place Rincon, GA 31326 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Karla S. Morales Garcia 2209 Spivey Avenue Savannah, GA 31408 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Kate S. Hamilton 4309 Augusta Road Apt. 51C Garden City, GA 31408 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Keith A. Coney 2121 East 57th Street Savannah, GA 31404 | - | | | | | | | Unknown |

Sheet no. __34__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                             ,    Case No. _____
                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kenneth Porter** | - | | | | | | | **663.00** |
| Account No. **Kermon Sumner** 1386 Flatrock Road Independence, VA 24348 | - | | | | | | | **300.00** |
| Account No. **Kevin L. Howell** 100 Prince Royal Lane Apt. 1902 Savannah, GA 31419 | - | | | | | | | **Unknown** |
| Account No. **Kevin Robinson** 9 Platinum Court Pooler, GA 31322 | - | | | | | | | **Unknown** |
| Account No. **Kevin T. Foster** 1 Saint George Boulevard Apt. #422 Savannah, GA 31419 | - | | | | | | | **Unknown** |

Sheet no. __35__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**963.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                              , Case No. _____
                                                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Kinard Sales, Inc. 2782 Highway 80 Garden City, GA 31408 | - | | | | | | | | 28,240.00 |
| Account No. | | | | | | | | | |
| Kohler Industries, Inc. 4925 North 56th Street Lincoln, NE 68504 | - | | | | | | | | 4,492.91 |
| Account No. | | | | | | | | | |
| Krones, Inc. P.O. Box 321801 Franklin, WI 53132-6241 | - | | | | | | | | 1,702.76 |
| Account No. | | | | | | | | | |
| Lantech.com LLC 3257 Reliable Parkway Chicago, IL 60686-0032 | - | | | | | | | | 391.25 |
| Account No. | | | | | | | | | |
| Lathan R. Cooper 2 Dukes Way Unit 8 Savannah, GA 31419 | - | | | | | | | | Unknown |

Sheet no. __36__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,826.92

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                              ,    Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Lavina L. Davis 12409 Largo Drive Apt. 31 Savannah, GA 31419 | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| LeClair Ryan P.O. Box 2499 Richmond, VA 23218-2499 | - | | | | | | | | **2,882.65** |
| Account No. | | | | | | | | | |
| Leteshia Dwonik Coffee 205 W. Montgomery Cr. Apt. #803 Savannah, GA 31406 | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| Levenfeld Pearlstein Two North LaSalle Street Chicago, IL 60603 | - | | | | | | | | **327,392.93** |
| Account No. | | | | | | | | | |
| Liberty Incorporated P.O. Box 7312 Garden City, GA 31418 | - | | | | | | | | **7,500.00** |

Sheet no. __37__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**337,775.58**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Linda Gail Uqdah**<br>**9521 dunwoody Drive**<br>**Savannah, GA 31406** | - | | | | | | | | **Unknown** |
| Account No.<br><br>**Magnetrol International, Inc.**<br>**4419 Paysphere Circle**<br>**Chicago, IL 60674** | - | | | | | | | | **167.99** |
| Account No.<br><br>**Marc Randal Fry**<br>**347 Robin Glen**<br>**South Elgin, IL 60177** | - | | | | | | | | **Unknown** |
| Account No.<br><br>**Market Administrator** | - | | | | | | | | **27,366.86** |
| Account No.<br><br>**Maryland & Virginia Milk Producers**<br>**P.O. Box 79537**<br>**Baltimore, MD 21279-0537** | - | | | | | | | | **563,702.86** |

Sheet no. __**38**__ of __**66**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**591,237.71**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Universal Food & Beverage Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Matthew J. McLellan**<br>**5 Ballastone Court**<br>**Savannah, GA 31410** | - | | | | | | | **Unknown** |
| Account No.<br><br>**McDonald Hopkins Co. LLC**<br>**600 Superior Avenue East**<br>**Suite 2100**<br>**Cleveland, OH 44114** | - | | | | | | | **9,725.95** |
| Account No.<br><br>**Meadwestvaco Packaging Sys. LLC**<br>**P.O. Box 409424**<br>**Atlanta, GA 30384-9424** | - | | | | | | | **70,599.33** |
| Account No.<br><br>**Melvin McKinley Wallace**<br>**2008 Siem Place**<br>**Savannah, GA 31404** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Mesa Laboratory, Inc.**<br>**12100 W. 6th Avenue**<br>**Lakewood, CO 80228** | - | | | | | | | **863.74** |

Sheet no. __39__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**81,189.02**

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mescon Technologies, Inc.** **9502 Gulfstream Road** **Frankfort, IL 60423** | - | | | | | | | **253.85** |
| Account No. | | | | | | | | |
| **Michael Catania** **1542 Maritime Drive** **Carlsbad, CA 92011** | - | | | | | | | **14,000.00** |
| Account No. | | | | | | | | |
| **Michael H. Algor** **9 Madeline Court** **Farmingdale, NJ 07727** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **More Than Gourmet** **c/o Stark & Knoll Co., L.P.A.** **3475 Ridgewood Road** **Akron, OH 44333-6237** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mort Loan Grayson** **P.O. Box 186** **Independence, VA 24348** | - | | | | | | | **140,504.06** |

Sheet no. __40__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**154,757.91**

Official Form 6F (10/06) - Cont.

In re **Universal Food & Beverage Company, Inc.** ,        Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Myra Jo Barnes 1117 Springfield Street Savannah, GA 31415 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| NAMSA P.O. Box 710970 Cincinnati, OH 45271 | - | | | | | | | 916.81 |
| Account No. | | | | | | | | |
| Neogen Corporation 1603 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 2,329.53 |
| Account No. | | | | | | | | |
| Nicholas Jamane Teklu 291 Exeter Lane Sugar Grove, IL 60554 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| North American Tank Lines P.O. Box 863736 Orlando, FL 32886-3736 | - | | | | | | | 6,549.00 |

Sheet no. __41__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,795.34

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                        Case No. _____
                                                      ,
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **NSF International** **6195 Reliable Parkway** **Chicago, IL 60686-0061** | - | | | | | | | 1,354.18 |
| Account No. | | | | | | | | |
| **Obrist Americas, Inc.** **c/o Mellon Bank** **Dept. CH 14152** **Palatine, IL 60055-4152** | - | | | | | | | 84,553.47 |
| Account No. | | | | | | | | |
| **Occupational Health Centers** **P.O. Box 82730** **Hapeville, GA 30354-0730** | - | | | | | | | 301.00 |
| Account No. | | | | | | | | |
| **Officemax Contract, Inc.** **P.O. Box 101705** **Atlanta, GA 30392-1705** | - | | | | | | | 205.65 |
| Account No. | | | | | | | | |
| **Omni Electrical Constructors** **P.O. Box 4335** **Lynchburg, VA 24502** | - | | | | | | | 4,820.00 |

Sheet no. __42__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                91,234.30

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                              ,     Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Pallet One P.O. Box 819 Bartow, FL 33831** | - | | | | | | | **24,737.80** |
| Account No. | | | | | | | | |
| **Paper Chemical Supply Co. P.O. Box 22113 Savannah, GA 31403** | - | | | | | | | **7,168.30** |
| Account No. | | | | | | | | |
| **Paul Trincor P.O. Box 75312 Charlotte, NC 28275** | - | | | | | | | **2,972.64** |
| Account No. | | | | | | | | |
| **Peter James Skoda 1626 Bay Court Naperville, IL 60565** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Pizzey's Milling USA 4330 Lee Avenue Gurnee, IL 60031** | - | | | | | | | **1,034.93** |

Sheet no. __43__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,913.67**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                              ,      Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H / W | J / C | | | | | |
| Account No. | | | | | | | | |
| **Plans for Welfare, LLC c/o Vedder Price Kaufman & Kammholz 222 N. LaSalle Street Chicago, IL 60601** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Polish Cleaning Services, Inc. P.O. Box 761 Saint Charles, IL 60174** | - | | | | | | | **1,520.00** |
| Account No. | | | | | | | | |
| **PR Newswire G.P.O. Box 5897 New York, NY 10087-5897** | - | | | | | | | **150.00** |
| Account No. | | | | | | | | |
| **Precision Land Service, Inc. P.O. Box 114 Wasco, IL 60183-0114** | - | | | | | | | **1,252.29** |
| Account No. | | | | | | | | |
| **Priority Consulstants, Inc. 64 Dunham Place Saint Charles, IL 60174** | - | | | | | | | **8,131.04** |

Sheet no. __44__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,053.33**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                    ,    Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Pumping Systems, Inc. P.O. Box 116673 Atlanta, GA 30368-6673 | | - | | | | | | 860.14 |
| Account No. | | | | | | | | |
| QAD, Inc. P.O. Box 673421 Detroit, MI 48267-3421 | | - | | | | | | 5,579.25 |
| Account No. | | | | | | | | |
| Quill Corporation P.O. Box 94081 Palatine, IL 60094-4081 | | - | | | | | | 184.74 |
| Account No. | | | | | | | | |
| Ralph Passino 1039 Bayou Place Sarasota, FL 34236 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Raymond E. Bolton 182 Oakland Drive Guyton, GA 31312 | | - | | | | | | Unknown |

Sheet no. __45__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,624.13

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**               ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Raymond Leasing Corp.**<br>**P.O. Box 2033905**<br>**Houston, TX 77216-3905** | - | | | | | | | **49,436.15** |
| Account No.<br><br>**Reginald Darnell Thomas**<br>**4309 Augusta Road**<br>**Apt. #32-D**<br>**Savannah, GA 31408** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Reliable Chicago**<br>**29 South LaSalle Street**<br>**Suite 520**<br>**Chicago, IL 60603** | - | | | | | | | **4,348.16** |
| Account No.<br><br>**Ricky W. Rodi**<br>**2651 U.S. Highway Road**<br>**Bloomingdale, GA 31302** | - | | | | | | | **Unknown** |
| Account No.<br><br>**ROA Group**<br>**1562 Rosewood Drive**<br>**Wooster, OH 44691** | - | | | | | | | **8,334.00** |

Sheet no. __46__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,118.31**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                              ,    Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Robert Earl Williams**
**1920 E. 57th Street**
**Savannah, GA 31404** | - | | | | | | | **Unknown** |
| Account No.

**Robert H. Stack**
**308 Roscommon Court**
**Glen Ellyn, IL 60137** | - | | | | | | | **Unknown** |
| Account No.

**Robert Stack**
**308 Roscommon Court**
**Glen Ellyn, IL 60137** | - | | | | | | | **278.98** |
| Account No.

**Robin Carol Hursey**
**6096 Highway 204**
**Ellabell, GA 31308** | - | | | | | | | **Unknown** |
| Account No.

**Rodney W. Ferguson**
**315 Carter Street**
**Richmond Hill, GA 31324** | - | | | | | | | **Unknown** |

Sheet no. __47__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**278.98**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                    ,        Case No. _____
                                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ronald Jackson Debnam**<br>**2906 Arctic Street**<br>**P.O. Box 3644**<br>**Savannah, GA 31414** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Ronald Jones**<br>**9400 Abercorn Street**<br>**Savannah, GA 31419** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Ronald McVay**<br>**112 Biltmore Drive**<br>**Guyton, GA 31312** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Roseann Marie Phillips**<br>**385 Log Landing Cl.**<br>**Springfield, GA 31329** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Royal Office Products**<br>**P.O. Box 2403**<br>**Bedford Park, IL 60499-2403** | - | | | | | | | **800.64** |

Sheet no. __48__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**800.64**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**  ,  Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| RR Donnelley Receivables, Inc. P.O. Box 13654 Newark, NJ 07188-0001 | - | | | | | | | |
| | | | | | | | | 3,113.28 |
| Account No. | | | | | | | | |
| RSM McGladrey One South Wacker Drive Suite 800 Chicago, IL 60606-4650 | - | | | | | | | |
| | | | | | | | | 33,163.20 |
| Account No. | | | | | | | | |
| Samson Industrial P.O. Box 532910 Atlanta, GA 30353-2910 | - | | | | | | | |
| | | | | | | | | 719.43 |
| Account No. | | | | | | | | |
| Samuel W. Kennedy 25 Joshua Circle Ellabell, GA 31308 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sarah Jean Buckingham 1723 Osprey Point Cr. Pooler, GA 31322 | - | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __49__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   36,995.91

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                              ,  Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H / W / J / C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Savannah Apparatus Repair Co. Inc.** **P.O. Box 2886** **Savannah, GA 31402-2886** | - | | | | | | | 619.06 |
| Account No. | | | | | | | | |
| **Savannah First Aid** **P.O. Box 397** **Pooler, GA 31322** | - | | | | | | | 414.08 |
| Account No. | | | | | | | | |
| **Savannah Warehouse Services** **P.O. Box 7898** **Garden City, GA 31418** | - | | | | | | | 7,550.00 |
| Account No. | | | | | | | | |
| **Savoury Systems, Intl. Inc.** **50 Tannery Road** **Units 5 & 6** **Branchburg, NJ 08876** | - | | | | | | | 720.77 |
| Account No. | | | | | | | | |
| **Scholle Corporation** **7243 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | | 34,337.00 |

Sheet no.  __50__  of  __66__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,640.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Shannon Lee Pritchett 1105 S. Rogers Street Lot #205 Pooler, GA 31322 | - | | | | | | Unknown |
| Account No. Shawtay D. Wright 4419 Lilac Avenue Savannah, GA 31404 | - | | | | | | Unknown |
| Account No. Sherman Lavan Woodard 3 Towne Lake Court Pooler, GA 31322 | - | | | | | | Unknown |
| Account No. Sidel, Inc. 808 Stewart Avenue Suite 200 Plano, TX 75074 | - | | | | | | 11,869.45 |
| Account No. Sonya Lynette Moore 4750 Laroche Avenue Apt. #13 Savannah, GA 31404 | - | | | | | | Unknown |

Sheet no. __51__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         11,869.45

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                      Case No. _____
                                                          ,
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Southeast Milk, Inc. P.O.Box 3790 Belleview, FL 34421 | - | | | | | | | 20,876.05 |
| Account No. Southstar Energy Services LLC P.O. Box 945785 Atlanta, GA 30394 | - | | | | | | | 103,857.77 |
| Account No. 665723200; 923494805 Sprint P.O. Box 219100 Kansas City, MO 64121-9100 | - | | | | | | | 43.87 |
| Account No. Standard Auto Parts Co. P.O. Box 1161 Galax, VA 24333 | - | | | | | | | 32.52 |
| Account No. Stanley Hubert James 2133 Westlake Avenue Savannah, GA 31405 | - | | | | | | | Unknown |

Sheet no. __52__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

124,810.21

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                              ,   Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Staples Business Advantage**<br>**Dept. Det 2368**<br>**P.O. Box 83689**<br>**Chicago, IL 60696-3689** | - | | | | | | | **299.58** |
| Account No.<br><br>**Star Construction - Leasing**<br>**950 Rodeo Drive**<br>**Walterboro, SC 29488** | - | | | | | | | **99,458.33** |
| Account No.<br><br>**Stella Ann Beller**<br>**9 Bishop Avenue**<br>**Garden City, GA 31408** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Stella Labs**<br>**625 From Road**<br>**Paramus, NJ 07652** | - | | | | | | | **4,803.98** |
| Account No.<br><br>**Stephanie Louis Bowers**<br>**2117 Mell  Street**<br>**Savannah, GA 31415** | - | | | | | | | **Unknown** |

Sheet no. __**53**__ of __**66**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**104,561.89**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Universal Food & Beverage Company, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stephanie Tonete Johnson<br>114 Walz Circle<br>Savannah, GA 31404 | - | | | | | | Unknown |
| Account No.<br><br>Steve E. Zimmelmann, Jr.<br>30595 SW Rogue Lane<br>Apt. #5405<br>Wilsonville, OR 97070 | - | | | | | | Unknown |
| Account No.<br><br>Steven Darnell Bashlor<br>44 Carter Street<br>Richmond Hill, GA 31324 | - | | | | | | Unknown |
| Account No.<br><br>Steven Howard Christensen<br>12 Palmetto Bay Road<br>Savannah, GA 31410 | - | | | | | | 971.16 |
| Account No.<br><br>Sunbelt Software Dist. Inc.<br>33 N. Garden Avenue<br>Suite 1200<br>Clearwater, FL 33755 | - | | | | | | 534.12 |

Sheet no. __54__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,505.28

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.** ,                Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sunopta Grains and Foods Group** P.O. Box 128 Hope, MN 56046 | - | | | | | | 291.00 |
| Account No. **Superior Vision Services Inc. (NGLIC)** P.O.Box 201839 Dallas, TX 75320-1839 | - | | | | | | 630.60 |
| Account No. **System ID Warehouse** 1400 10th Street Plano, TX 75074 | - | | | | | | 566.00 |
| Account No. **Taaja C. Hightower** 201 West Montgomery Apt. #208 Savannah, GA 31406 | - | | | | | | Unknown |
| Account No. **Tabatchnick Find Foods, Inc.** c/o Dunn Lambert, LLC The Atrium, East 80 Route 4 Paramus, NJ 07652 | - | | | | | | Unknown |

Sheet no. __55__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,487.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                      ,          Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Tamela Ann Campbell** **4 Sweet Gum Court** **Savannah, GA 31410** | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Taptone Package Inspection** **a/k/a Benthos, Inc.** **49 Edgerton Drive** **North Falmouth, MA 02556** | - | | | | | | | | **11,200.00** |
| Account No. | | | | | | | | | |
| **Taylor Steven Parker** **532 Shearouse Road** **Guyton, GA 31312** | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **The Great Spice Company** **295 Distribution Avenue** **San Marcos, CA 92024** | - | | | | | | | | **180.00** |
| Account No. | | | | | | | | | |
| **The Hartford** **P.O. Box 2907** **Hartford, CT 06104-2907** | - | | | | | | | | **38,474.51** |

Sheet no. __56__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49,854.51**

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                                    Case No. _____
                                                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Thompson Pump & Manufacturing P.O. Box 291370 Port Orange, FL 32119 | - | | | | | | | 6,503.17 |
| Account No. | | | | | | | | |
| Tiffnay Rowell-Landing 2302 W. 42nd Street Savannah, GA 31404 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tomekia Jatonga Torrence 1355 Bradley Boulevard Apt. #513 Savannah, GA 31419 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tony Bernard Flowers 119 Saint Joseph Avenue Savannah, GA 31408 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tonya Lachale Taylor 62 Coimbal Circle Ft. Wentworth, GA 31407 | - | | | | | | | Unknown |

Sheet no. __57__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,503.17

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                              ,      Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

**Touchtone Telecom, Inc.**
**1952 Banks Drive**
**Elgin, IL 60123** | - | | | | | | | | 9.48 |
| Account No.

**Town of Independence**
**Attn:  Kenneth Vaught**
**P.O.Box 99**
**Independence, VA 24348** | - | | | | | | | | 907.04 |
| Account No.

**Travis J. Wallace**
**213 Tunnel Road**
**Springfield, GA 31329** | - | | | | | | | | **Unknown** |
| Account No.

**Tri-Chem Corporation**
**P.O. Box 71550**
**Madison Heights, MI 48071-0550** | - | | | | | | | | 556.72 |
| Account No.

**Triple A Products**
**5 Dakota Drive, Suite 305**
**New Hyde Park, NY 11042** | - | | | | | | | | 20,000.00 |

Sheet no. __**58**__ of __**66**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,473.24

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Triumbari** **2150 Steels Avenue East** **Unit 10** **Brampton Ontario L6T 1A7** | - | | | | | | | 1,140.00 |
| Account No. | | | | | | | | |
| **TSS Limited - UK** | - | | | | | | | 26,799.83 |
| Account No. | | | | | | | | |
| **United Parcel Service** **P.O.Box 7247-0244** **Philadelphia, PA 19170-0001** | - | | | | | | | 1,738.37 |
| Account No. | | | | | | | | |
| **Universal Electric Co. Inc.** **348 West Pine Street** **Jesup, GA 31545** | - | | | | | | | 35,972.18 |
| Account No. | | | | | | | | |
| **Universal Instrument Corp.** **P.O. Box 14** **Rosemont, PA 19010** | - | | | | | | | 13.80 |

Sheet no. __59__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **65,664.18**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                          ,   Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| UPS Freight P.O. Box 79755 Baltimore, MD 21279-0755 | | | | | | | | 1,500.78 |
| Account No. 704385255 | | - | | | | | | |
| US Cellular P.O. Box 0203 Palatine, IL 60055-0203 | | | | | | | | 244.70 |
| Account No. 819157558 | | - | | | | | | |
| US Cellular P.O. Box 371345 Pittsburgh, PA 15250-7345 | | | | | | | | 90.78 |
| Account No. | | - | | | | | | |
| Utility Trailer Sales of Mt Airy P.O. Box 1444 Mount Airy, NC 27030 | | | | | | | | 1,868.96 |
| Account No. | | - | | | | | | |
| Valerie C. Young P.O. Box 30905 Savannah, GA 31410 | | | | | | | | Unknown |

Sheet no. __60__ of __66__ sheets attached to Schedule of        Subtotal                         3,705.22
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Universal Food & Beverage Company, Inc.**                          , Case No. _____
                                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Valerie Coleman 3599 Islands Highway Midway, GA 31320 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Valerie Rangel 703 E. Roosevelt Road #203 Glendale Heights, IL 60139 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Valley Consulting Group Attn: John Houser 1441 Mountain Loop Road NW Sugar Valley, GA 30746 | - | | | | | | | 65,000.00 |
| Account No. | | | | | | | | |
| Vassel Thomas Allen, Jr. 2 Dukes Way Unit 8 Savannah, GA 31419 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| VBS Internationl (Cryotech) 745-B Camden Avenue Campbell, CA 95008 | - | | | | | | | 3,216.10 |

Sheet no. __61__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          68,216.10

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                        ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **VDACS** P.O. Box 430 Richmond, VA 23218-0430 | - | | | | | | | 80.00 |
| Account No. **VIP** P.O. Box 1609 Hinesville, GA 31310 | - | | | | | | | 158.63 |
| Account No. **VR Food Eqipment** P.O. Box 216 Penn Yan, NY 14527-0216 | - | | | | | | | 892.10 |
| Account No. **Waste Industries** P.O. Box 580495 Charlotte, NC 28258-0495 | - | | | | | | | 149.52 |
| Account No. **Waste Management - Savannah** P.O. Box 9001054 Louisville, KY 40290-1054 | - | | | | | | | 52,906.43 |

| | | |
|---|---|---|
| Sheet no. __62__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 54,186.68 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Universal Food & Beverage Company, Inc.** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Water Time, Inc. P.O. Box 591 Pittston, PA 18640 | - | | | | | | | 1,291.20 |
| Account No. | | | | | | | | |
| WCR Incorporated 221 Crane Street Dayton, OH 45403 | - | | | | | | | 4,346.38 |
| Account No. | | | | | | | | |
| Wear-Ever Parts & Service 2283 Camel Road Benicia, CA 94510 | - | | | | | | | 6,467.10 |
| Account No. | | | | | | | | |
| William C.A. Seng 1333 Lavon Avenue Savannah, GA 31406 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| William Danny Thompson 505 Harris Trail Road #28D Richmond Hill, GA 31324 | - | | | | | | | Unknown |

Sheet no. __63__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    12,104.68

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                    Case No. _____
                                                                        ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| William P. Wallace 213 Tunnel Road Springfield, GA 31329 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| William Supply - WYT 455 East Spring Street Wytheville, VA 24382 | - | | | | | | | **3.73** |
| Account No. | | | | | | | | |
| William Thomas Meadows 18 Cherry Street Hinesville, GA 31313 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Willie Edward Sheffiedl 2008 Siem Place Savannah, GA 31404 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Willstaff Worldwide P.O. Box 277534 Atlanta, GA 30384-7534 | - | | | | | | | **36,294.57** |

Sheet no. __64__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **36,298.30**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Universal Food & Beverage Company, Inc.**                                      ,          Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Winston-Salem Journal** **P.O. Box 26408** **Richmond, VA 23260-6408** | - | | | | | | | 496.32 |
| Account No. | | | | | | | | |
| **Wiredog** **974 East Stuart Drive** **Suite H** **Galax, VA 24333** | - | | | | | | | 290.28 |
| Account No. | | | | | | | | |
| **Work One - Savannah Mall** **P.O. Box 61117** **Savannah, GA 31420** | - | | | | | | | 510.00 |
| Account No. | | | | | | | | |
| **Worldwide Express** **130 S. Bemiston Avenue** **#700** **Saint Louis, MO 63105** | - | | | | | | | 1,173.59 |
| Account No. | | | | | | | | |
| **XPEX** **P.O. Box 403565** **Atlanta, GA 30384-3565** | - | | | | | | | 4.00 |

Sheet no. __65__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,474.19

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Universal Food & Beverage Company, Inc.**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Yokogawa Corp.** **P.O. Box 409220** **Atlanta, GA 30384-9220** | | | | | | | | 800.09 |
| Account No. | | - | | | | | | |
| **Zuckerman/Honickman Inc.** **P.O. Box 8500-1151** **Philadelphia, PA 19178-1151** | | | | | | | | 85,525.25 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __66__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          86,325.34

Total
(Report on Summary of Schedules)          3,509,682.67

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6G
(10/05)

In re  **Universal Food & Beverage Company, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Universal Food & Beverage Company, Inc.**                              ,   Case No. _____
                                         Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Universal Food & Beverage Company, Inc.**                          Case No.
                                                    Debtor(s)       Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructing Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**79**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 31, 2007**                         Signature  **/s/ Howard R. Korenthal**

                                                         **Howard R. Korenthal**
                                                         **Chief Restructing Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Universal Food & Beverage Company, Inc.**                              Case No.
                                                          Debtor(s)         Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |
| **David A. Umbaugh v.<br>Universal Food & Beverage<br>Company** | **850 Securities/Commodities** | **United States District Court,<br>Northern District of Illinois** | **Judgment entered August 22,<br>2007 in the amount of<br>$60,000.00 plus $10,350.00<br>interest.** |
| **Plans for Welfare, LLC 07 LK<br>366** | | **Ciruit Court of the Sixteenth<br>Judicial Circuit, Kane County,<br>Illinois** | |
| **Maryland and Virginia Milk<br>Producers Cooperative<br>Association, Inc.<br>07 CV 1967** | **Civil Complaint** | **United States District Court,<br>Northern District of Georgia** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

3

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF        DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT          NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF        DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT          NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

7

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __August 31, 2007_____          Signature  __/s/ Howard R. Korenthal_____
                                                                 **Howard R. Korenthal**
                                                                 **Chief Restructing Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Universal Food & Beverage Company, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 31, 2007**

**/s/ Miriam R. Stein**
**Miriam R. Stein 06238163**
**Arnstein & Lehr LLP**
**120 S. Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
**(312) 876-7100   Fax: (312) 876-0288**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Universal Food & Beverage Company, Inc.**                              ,   Case No. _____

                                                    Debtor

                                                                 Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**Abby Polin**
**8720 North Keeler**
**Skokie, IL 60076**

**Andrew Madden**
**394 S. Kenilworth**
**Elmhurst, IL 60126**

**Apex Investment Fund Ltd.**
**P.O.Box M 1899**
**4th Floor**

**Apollo Nominees Inc.**
**1 Financial Place 100**
**St. Michaels**
**Barbados**

**Astrid G. Von Zon**
**413 S. Blount Street**
**Madison, WI 53701**

**B. Ann Neviaser**
**7221 Colony Drive**
**Madison, WI 53717**

**Bishido Capital Master Fund**
**275 Seventh Avenue**
**Suite 2000**
**New York, NY 10001**

**BLPJ LLC**
**8000 Heather Knoll**
**Ada, MI 49301**

**Brad A. Zeman**
**406 Wyalusing Drive**
**Madison, WI 53718**

**Braderlux ARL**
**2nd Floor**
**Broadcasting House**

**Bruce D. Neviaser**
**4123 Mandan Crescent**
**Madison, WI 53713**

**9**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Universal Food & Beverage Company, Inc.**                                ,   Case No. _____
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Capital Ventures International**<br>**101 California Street**<br>**Suite 3250**<br>**San Francisco, CA 94111** | | | |
| **Carol O'Shea**<br>**1459 Denver Road**<br>**Kelowana V1Y 8E9, BC** | | | |
| **Cede & Co.**<br>**P.O. Box 222**<br>**Bowling Green Station**<br>**New York, NY 10274** | | | |
| **Charles Sizer**<br>**2408 Marshall Court**<br>**Naperville, IL 60565** | | | |
| **Chris Langkamp**<br>**106 East National Street**<br>**West Chicago, IL 60185** | | | |
| **Christopher A. Houden**<br>**1115 Willow Lane**<br>**Madison, WI 53705** | | | |
| **Christopher Bruening**<br>**5 Crookstick Drive**<br>**Newport Beach, CA 92660** | | | |
| **Cipher 06 LLC**<br>**570 Lexington Avenue**<br>**New York, NY 10022** | | | |
| **Clark Wilson Partnership**<br>**800-855 W. Georgia Street**<br>**Vancouver BC** | | | |
| **Claudio J. Grubner**<br>**935 Highland Drive**<br>**W.Vancouver, BC** | | | |
| **Craig Stark**<br>**15148 Brocio Lane**<br>**Naples, FL 34110** | | | |
| **Crestview Capital Master**<br>**95 Revere Drive**<br>**Suite A**<br>**Northbrook, IL 60062** | | | |

Sheet __1__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Universal Food & Beverage Company, Inc.**                    ,    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cumbuco Beach, Inc.**<br>**c/o Basic Investors**<br>**1215  6th Street F**<br>**Brooklyn, NY 11228** | | | |
| **Curtis G. Harrington**<br>**P.O. Box 398**<br>**Independence, VA 24348** | | | |
| **Dana Hansen**<br>**6646 W. Long Drive**<br>**Littleton, CO 80123** | | | |
| **David A. Umbaugh**<br>**2131 McCellean Parkway**<br>**Sarasota, FL 34239** | | | |
| **DNEV LLC**<br>**122 West Washington Avenue**<br>**6th Floor**<br>**Madison, WI 53703** | | | |
| **Duane Martin**<br>**2420 High Meadow Road**<br>**Naperville, IL 60564** | | | |
| **Elizabeth Martin**<br>**211 1/2 West 4th Street**<br>**Port Clinton, OH 43452** | | | |
| **Enable Growth Partners**<br>**One Ferry Building**<br>**Suite 255**<br>**San Francisco, CA 94111** | | | |
| **Eric S. Lund**<br>**2776 Jasmine Drive**<br>**Madison, WI 53711** | | | |
| **Finley B. Foster**<br>**10 Decatur Avenue**<br>**Annapolis, MD 21403** | | | |
| **First Clearing**<br>**c/o Robert Wadington**<br>**10700 Wheat First Drive**<br>**Glen Allen, VA 23060** | | | |
| **Fountain of Life Church**<br>**2162 Acorn Court**<br>**Wheaton, IL 60187** | | | |

Sheet   **2**   of   **9**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Universal Food & Beverage Company, Inc.**                          ,    Case No. _____

                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Francis R. Biscan, Jr.**<br>**2162 Acorn Court**<br>**Wheaton, IL 60187** | | | |
| **Frank Petrisino**<br>**12539 Hilliday Drive**<br>**Alsip, IL 60803** | | | |
| **Frank S. & Mary E. Balistreri**<br>**5442 Lake Mendota Drive**<br>**Madison, WI 53705** | | | |
| **Gamma Oppourtunity Capital Partners**<br>**275 Seventh Avenue**<br>**Suite 2000**<br>**New York, NY 10001** | | | |
| **Gary Lavold**<br>**1901 Santiago Drive**<br>**Newport Beach, CA 92660** | | | |
| **Gary Shoupestal**<br>**1620 South Highland Avenue**<br>**Lombard, IL 60148** | | | |
| **Gerald Neviaser**<br>**5730 Willshire Drive**<br>**Madison, WI 53713** | | | |
| **Granite Holdings LLC**<br>**2120 Diamnd Hill Road**<br>**Woonsocket, RI 02895** | | | |
| **Greg Meyers**<br>**2984 Cassidy Court**<br>**Fitchburg, WI 53711** | | | |
| **Gregory M. Melzer**<br>**6422 Shady Bend Road**<br>**Verona, WI 53593** | | | |
| **Gryphon Master Fund**<br>**100 Crescent Court**<br>**Suite 490**<br>**Dallas, TX 75201** | | | |
| **GSSF Master Fund LP**<br>**100 Crescent Court**<br>**Suite 490**<br>**Dallas, TX 75201** | | | |

Sheet   **3**    of    **9**    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Universal Food & Beverage Company, Inc.**
_____,   Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hal & Kathy Buell**<br>**2162 Acorn Court**<br>**Wheaton, IL 60187** | | | |
| **Hampton Park Capital**<br>**6075 S. Eastern Avenue**<br>**Las Vegas, NV 89119** | | | |
| **Harold Covili**<br>**163 Solar Circle**<br>**Litchfield, IL 62056** | | | |
| **Henry Alan Pattiz**<br>**9304 Civic Center Drive**<br>**Suite 6**<br>**Beverly Hills, CA 90210** | | | |
| **Ian Hilton**<br>**10 Westwood Lane** | | | |
| **Interglobe Finance SA** | | | |
| **James H Voxman**<br>**15146 Broccio Lane**<br>**Madison, WI 53718** | | | |
| **James Mark**<br>**4710 North Paulina**<br>**Chicago, IL 60640** | | | |
| **James Voxman**<br>**3449 Freedom Lane**<br>**Madison, WI 53718** | | | |
| **Jeffery A. Bogue**<br>**15915 W. Bayoud Drive**<br>**Golden, CO 80401** | | | |
| **Jeffery D. Robinson**<br>**2053 Highway PB**<br>**Verona, WI 53593** | | | |
| **Jeffery J. Houden**<br>**4984 Borchors Beach Road**<br>**Waunakee, WI 53597** | | | |
| **Jeffery Ragatz**<br>**4607 Signature Drive**<br>**Middleton, WI 53562** | | | |

Sheet   **4**   of   **9**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Universal Food & Beverage Company, Inc.**                              ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jill Adams**<br>**1936 West Cornelia**<br>**Chicago, IL 60657** | | | |
| **Jim Leonard**<br>**106 E. National Street**<br>**West Chicago, IL 60185** | | | |
| **Joe & Patricia Brusca**<br>**48 Kessel Court**<br>**Apt. 25**<br>**Madison, WI 53711** | | | |
| **Joseph Bachwicz**<br>**6217 Holbrook Street**<br>**Chicago, IL 60646** | | | |
| **Joseph Balistreri**<br>**2831 Oxtrail Way**<br>**Verona, WI 53593** | | | |
| **Joshua Carter**<br>**266 Blue Pool Drive**<br>**Valdosta, GA 31602** | | | |
| **Julie Bytnar**<br>**3144 Scottsdale Circle**<br>**Naperville, IL 60564** | | | |
| **JWJ Associates, Inc.**<br>**2162 Acorn Court**<br>**Wheaton, IL 60187** | | | |
| **Kathleen E. O'Connor**<br>**303-8762 Montcalm Street**<br>**Vancouver V6P 4RZ, BC** | | | |
| **Kauai  Partners LP**<br>**150 California Street**<br>**5th Floor**<br>**San Francisco, CA 94111** | | | |
| **Kenneth Kane**<br>**1321 E. Elep**<br>**Colville, WA 99114** | | | |
| **Kenneth Porter**<br>**235 Van Mar Drive**<br>**Wytheville, VA 24382** | | | |

Sheet   **5**   of   **9**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Universal Food & Beverage Company, Inc.**                              ,    Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **L. Newlin & Todd L. Martin JTW**<br>**101 South Merchant Street**<br>**Effingham, IL 62401** | | | |
| **Leo Redavid Trust for Marco Redavid**<br>**2559 New Market Drive**<br>**N. Vancouver V7R 2T2, BC** | | | |
| **Linda Ewing**<br>**122 N. High Point Drive**<br>**Madison, WI 53717** | | | |
| **Linda Stojanovic**<br>**403-1238 Seymour Street**<br>**Vancouver V6B 6J3, BC** | | | |
| **Magnetar Capital Fund**<br>**1603 Orrington Avenue**<br>**13th Floor**<br>**Evanston, IL 60201** | | | |
| **Marc R. Fry**<br>**8000 Heather Knoll**<br>**Ada, MI 49301** | | | |
| **MAS-C Holdings LLC**<br>**1 Thurbner Boulevard**<br>**Smithfield, RI 02917** | | | |
| **Matthew Kahovec**<br>**257 South Street**<br>**Elmhurst, IL 60126** | | | |
| **Med Christoph Koeing** | | | |
| **Michael J. Tripp**<br>**2475 West Cullom**<br>**Chicago, IL 60618** | | | |
| **Midsummer Investment Ltd.**<br>**485 Madison Avenue**<br>**New York, NY 10022** | | | |
| **Milton Datsopoulos**<br>**201 W. Main Street**<br>**Missoula, MT 59802** | | | |
| **Ministries To Mexico Inc.**<br>**P.O. Box 456**<br>**Lakeside, MT 59922** | | | |

Sheet __6__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Universal Food & Beverage Company, Inc.**                              ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mmilo F. Valenti**<br>**5010 Townsend Road**<br>**Richfield, OH 44286** | | | |
| **Morgan Stanley DW Inc. C/F Terry**<br>**3830 Commerce Drive**<br>**Saint Charles, IL 60174** | | | |
| **NESLLC fbo Kenneth W. Bain Roth IRA**<br>**200 Liberty Street**<br>**One World Finance**<br>**New York, NY 10281** | | | |
| **Neviaser Enterprises**<br>**122 West Washington Avenue**<br>**Madison, WI 53703** | | | |
| **Norman Duval**<br>**1255 Woodland Court**<br>**Joliet, IL 60436** | | | |
| **Oostvogles & De Meester**<br>**20 Avenue Montery** | | | |
| **Paul Zeven**<br>**9 Glen Gotham Lane**<br>**Darien, CT 06820** | | | |
| **Peter Matousek**<br>**3933 SW 9th Court**<br>**Gresham, OR 97030** | | | |
| **Petter Jessop** | | | |
| **Phyllis Buzogany**<br>**4721 Regent Street**<br>**Madison, WI 53705** | | | |
| **Pierce Diversified Strategy**<br>**One Ferry Building**<br>**Suite 255**<br>**San Francisco, CA 94111** | | | |
| **Ralph M. Passino**<br>**1039 Bayou Place**<br>**Sarasota, FL 34236** | | | |
| **Raymond James & Associates, Inc.**<br>**880 Carillon Parkway**<br>**Saint Petersburg, FL 33716** | | | |

Sheet  **7**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re  **Universal Food & Beverage Company, Inc.** _____,  Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RHP Master Fund, Ltd.**<br>**3 Pala Plaza East**<br>**Suite 585**<br>**Bala Cynwyd, PA 19004** | | | |
| **Robert R. Altier**<br>**1047 Ashland**<br>**River Forest, IL 60305** | | | |
| **Robert Wadington**<br>**6 N 460 Splitrail Lane**<br>**Saint Charles, IL 60175** | | | |
| **Rolland Low**<br>**8031 Clearwater Gate** | | | |
| **Securities Trading Services Inc.**<br>**World Trade Center 10 RTE**<br>**Geneva, Switzerland** | | | |
| **Sheila Dodd**<br>**1633 Dempsey Road**<br>**No. Vancouver, BC** | | | |
| **Shelley Murphy**<br>**4647 Signature Drive**<br>**Middleton, WI 53562** | | | |
| **Simon Family Group LLC**<br>**6640 Harris Road**<br>**Broadview Heights, OH 44147** | | | |
| **Stenbrothen Ventures LLC**<br>**7210 Timberwood Drive**<br>**Madison, WI 53719** | | | |
| **Stephen R. Barr**<br>**21 W 039  22nd Street**<br>**Lombard, IL 60148** | | | |
| **Sterling Trust Company FBO**<br>**Dalton L Lott Roth IRA**<br>**7901 Fish Pond Road**<br>**Waco, TX 76710** | | | |
| **Stonebridge Financial Group Inc.**<br>**652  136th Lance NE**<br>**Andover, MN 55304** | | | |

Sheet __8__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Universal Food & Beverage Company, Inc.**                    ,   Case No. _____
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ted Balistreri**<br>**5442 Lake Mendota Drive**<br>**Madison, WI 53705** | | | |
| **Thomas Geier**<br>**313 Proce Place**<br>**Madison, WI 53705** | | | |
| **Thomas J. Haggerty**<br>**710 S. County Line Road**<br>**Hinsdale, IL 60521** | | | |
| **Thomas Marcucci**<br>**204 W. St. Charles Road**<br>**Elmhurst, IL 60126** | | | |
| **Timothy Anderson**<br>**17 N. Home**<br>**Park Ridge, IL 60068** | | | |
| **Timothy J. Grendell**<br>**7413 Tattersall Drive**<br>**Chesterland, OH 44026** | | | |
| **Vanica Bauman**<br>**3131 McClellan Parkway**<br>**Sarasota, NY 14286** | | | |
| **VICIS Capital Master Fund LLC**<br>**126 E. 56th Street - Tower 56**<br>**Suite 700**<br>**New York, NY 10022** | | | |
| **William Buzogany**<br>**17 N. Hoem Street**<br>**Park Ridge, IL 60068** | | | |
| **William Higgins**<br>**424 South Street**<br>**Elmhurst, IL 60126** | | | |
| **William S. Roche**<br>**3050 Woods Edge Way**<br>**Madison, WI 53711** | | | |
| **William Stanger**<br>**2221 Mustang Way**<br>**Madison, WI 53718** | | | |

Sheet **9** of **9** continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Universal Food & Beverage Company, Inc.**                            ,    Case No. _____

    Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Chief Restructing Officer of the corporation named as the debtor in this case, declare under penalty of perjury that
I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and
belief.

Date____**August 31, 2007**_____    Signature__**/s/ Howard R. Korenthal**_____

                                                **Howard R. Korenthal**
                                                **Chief Restructing Officer**

    *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Universal Food & Beverage Company, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **341**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 31, 2007**

**/s/ Howard R. Korenthal**

**Howard R. Korenthal**/**Chief Restructing Officer**
Signer/Title

3M CAY 1690
2807 Paysphere Circle
Chicago, IL 60674


A & L Pump
P.O. Box 2247
Manteca, CA 95336


A Daigger & Co. Inc.
620 Lakeview Parkway
Vernon Hills, IL 60061


Abbey Mec-Tric
P.O. Box 1225
Norcross, GA 30091


Able Pest Control
7 N 365 Falcons Trail
Saint Charles, IL 60174


Accountemps
P.O. Box 6000
San Francisco, CA 94160-3484


ADMS-Heath Engineering, Inc.
119 North Main Street
Galax, VA 24333


Advantage Storage Trailers
P.O. Box 236
Sparta, NC 28675


Aerotek Commercial Staffing
P.O. Box 198531
Atlanta, GA 30384-8531


Alex C. Fergusson, Inc. (AFCO Inc.)
P.O. Box 8500-51500
Philadelphia, PA 19178-8500


Allen Industries, Inc.
Attn: Joe Moran
23 Progress Street
Edison, NJ 08820

Allied Waste Services #933
P.O. Box 9001154
Louisville, KY 40290


Ambassador Personnel
P.O. Box 2057
Thomasville, GA 31799-2057


AMCO Products Company
Attn: Wendell Martin
501 Phoenix Avenue
Fort Smith, AR 72916


American Arbitration Assoc.
950 Warren Avenue
East Providence, RI 02914


American Computer Supplies
P.O. Box 64762
Los Angeles, CA 90064


American Conveyor Corp.
Attn: Arnold Lawner
1819 Flushing Avenue
Ridgewood, NY 11385


Andress Engineering Assoc.
131 Airpark Industrial Road
Alabaster, AL 35007


Angela Lashell Sallie
343 Riverview Drive
Savannah, GA 31404


Annette M. Johnson
P.O. Box 9792
Savannah, GA 31402


Anthony Baker, Sr.
2800 Capitol Street
Apt. #9B
Savannah, GA 31404

Anthony Lamar Moore
31 Skyline Sr.
Savannah, GA 31406


Anthony Thomas
1617 Dean Forest Road
P.O. Box 7496
Savannah, GA 31408


Appalachian Pow
P.O. Box 24413
Canton, OH 44701-4415


Appalachian Pow
P.O. Box 24416
Canton, OH 44701-4413


Appalachian Pow
P.O. Box 24413
Canton, OH 44701-4413


Appalachian Power Company
P.O. Box 24404
Canton, OH 44701


Aqueelah Taliah Bryant
714 West 57th Street
Savannah, GA 31405


Aramark Uniform Services
P.O. Box 3835
Savannah, GA 31414-3835


ARCET
P.O. Box 10699
Lynchburg, VA 24506-0699


Ariake USA, Inc.
Attn: George Peklo
1711 N. Liberty Street
Harrisonburg, VA 22802


Ashley Jane Holloway
508 East 4th Street
Rincon, GA 31326

AT & T
P.O. Box 8100
Aurora, IL 60507-8100


AT & T-6215
P.O. Box 277019
Atlanta, GA 30384-7019


August Liquori
15 Horton Court
West Harrison, NY 10604


Aurora Tri-State Fire
1080 Corporate Boulevard
Aurora, IL 60504


Batavia Land Co.
Attn: Nancy
1399 East State Street
Geneva, IL 60134-2490


Berts Garage, Inc.
P.O. Box 616
Hillsville, VA 24343


Beverly Denise Jenkins
P.O. Box 691
Savannah, GA 31401


Bizedge
P.O. Box 93825
Cleveland, OH 44101-5825


Blackman Kallick
2796 Eagle Way
Chicago, IL 60678-1279


Bradley Lock & Key Shop
24 State Street E
Savannah, GA 31401


Brenda Yvonne Parker
14 Sidney Court
Savannah, GA 31406

Briarpatch Metal Works, Inc.
1173 N. Independence Avenue
Independence, VA 24348


Bruce A. Alexander
985 Rushing Street
Richmond Hill, GA 31324


Burnham Hill Partners
Attn: Michael S. Liss
570 Lexington Avenue
New York, NY 10022


C.H. Robinson Worldwide
P.O. Box 9121
Minneapolis, MN 55480-9121


California Natural Products
P.O. Box 1219
Lathrop, CA 95330


Carey F. Canales
310 Symons Street
Pooler, GA 31322


Carl Nathaniel Anderson
1425 King George Road
Apt. #7B
Savannah, GA 31419


Carlethia A. Brown
4205 Walton Street
Savannah, GA 31405


Carroll County JDR Court
P.O. Box 1808
Hillsville, VA 24343-1808


Carroll County PSA
605-2 Pine Street
Hillsville, VA 24343


Celsis, Inc.
165 Fieldcrest Avenue
Edison, NJ 08837

Century Solutions
Attn: Mike Manahan
12836 S. Dixie Highway
Bowling Green, OH 43402


Chaka Jensece Hopkins
1228 Seiler Avenue
Savannah, GA 31404


Charels Sizer
2408 Marshall Court
Naperville, IL 60565


Charity M. Lynn
504 Ash Street
Bloomingdale, GA 31302


Charles A.Southard IV
312 Keen Way
Guyton, GA 31312


Charles Sizer
2408 Marshall Court
Naperville, IL 60565


Charm Science
659 Andover Street
Lawrence, MA 01843


Charm Sciences, Inc.
P.O. Box 3700-29
Boston, MA 02241


Cherie Leveda Lang
104 Ridgecrest Street
Pooler, GA 31322


Christopher Michael Brown
P.O. Box 2141
Rincon, GA 31326


Christopher Michael Yarbrough
620 E. Deerfield Road
Bloomingdale, GA 31302

Christopher Screen
25 Clearwater Lane
Savannah, GA 31419


Clifton June Jones
7207 Madison Avenue
Savannah, GA 31406


Coastal Training Tech Corp.
P.O. Box 846078
Dallas, TX 75284-6078


Cole Parmer Instrument Company
625 E. Bunker Court
Vernon Hills, IL 60061


Colonial Life & Accident
P.O. Box 1355
Columbia, SC 29202-1365


Colony Bay Florist
4809 Augusta Road
Garden City, GA 31408


Colorado Marketing & Design
Attn:  James T. Attebery
2750 Witter Gulch Road
Evergreen, CO 80439


Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001


Con-Way Freight Inc.
135 S. LaSalle Street
Dept. 2493
Chicago, IL 60674-2493


Con-Way Transportation Service


Concentra Medical Centers
Occ. Health Centers of GA, Inc.
P.O. Box 87230
Hapeville, GA 30354-0730

Cricket Financial LLC
12310 Pinecrest Road
Suite 100
Reston, VA 20192


Crouch
2516 Fillmore Avenue
Knoxville, TN 37921


DAF Corporation
P.O. Box 467
Kaukauna, WI 54130


Dale's Kitchen LLC
100 Belted Kingfisher Lane
Richmond Hill, GA 31324


Daniel Jermone MOrgan
P.O. Box 5721
Savannah, GA 31414


Daniele M. Dale
1854 Goshen Road
#8
Rincon, GA 31326


Darryl Keith Brown
628 E. 39th Street
Savannah, GA 31401


David A. Umbaugh
c/o Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 500
Chicago, IL 60603


David Anthony Braswell
126 Horsepen Road
Guyton, GA 31312


David Trappio, Jr.
204 New York Avenue
Savannah, GA 31404

Dawn Opal Robertson
1069 Railroad Bed Road
Brooklet, GA 30415


DCI, Inc.
P.O. Box 1227
Saint Cloud, MN 56302-1227


De Lage Landen Financial Ser.
P.O. Box 41601
Philadelphia, PA 19101-1601


Debra Lynn Smith
1854 Goshen Road
Lot #14
Rincon, GA 31326


Delroy U. Chambers II
201 W. Montgomery CR.
Apt. #101
Savannah, GA 31406


Demetraus D. Jenkins
4309 Augusta Road
Apt. #370
Garden City, GA 31408


Digi-Key
P.O. Box 250
Thief River Falls, MN 56701-0250


DISH Network
P.O. Box 105169
Atlanta, GA 30348-5169


Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL 60613


Don Ratliff
31114 Rich Valley Road
Meadowview, VA 24361

Douglas Mark Hall
209 James Road
Pooler, GA 31322


DSM Nutritional Products
34 Waterview Boulevard
Parsippany, NJ 07054


Dwayne Tyron Hall
1106 Augusta Avenue
Savannah, GA 31401


E & R Oil
P.O. Box 268
Independence, VA 24348


ECO Lab Pest Elimination Div.
P.O. Box 6007
Grand Forks, ND 58206-6007


Eddie Lee Leggett
649 E. 38th Street
Savannah, GA 31401


Edward Walker
714 West 57th Street
Apt. #302
Savannah, GA 31405


Eggers Eggers Eggers & Eggers
P.O. Box 248 DTS
373 West King Street
Boone, NC 28607


Eldean Ramsey
421 Standard Lane
P.O. Box 241
Springfield, GA 31329


EMBARQ
P.O. Box 96064
Charlotte, NC 28296-0064

Enersys, Inc.
1604 Solutions Center
Chicago, IL 60677-1066


Environmental Management Services
P.O. Box 784
Wytheville, VA 24382


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612


Evelyn Robinson Peterson
125 Tibet Avenue
Apt. #101B
Savannah, GA 31406


Fastenal
500 Peppers Ferry Road
Wytheville, VA 24382


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515


FedEx Freight
4103 Collection Center Drive
Chicago, IL 60693


Festo Corp.
P.O. Box 1355
Buffalo, NY 14240


Fil-Clean
6122 Gardendale Drive
Houston, TX 77092


Financial Dynamics
c/o Salamon Gruber Blaymore et al.
97 Powerhouse Road, Suite 102
Roslyn Heights, NY 11577-2016

Flatiron Capital Corp.
P.O. Box 27802
Newark, NJ 07101-7802


Florida Spectrum Env.Svcs, Inc.
1460 West McNab Road
Fort Lauderdale, FL 33309


Florida Technology & Solutions, Inc
4493 Browns Bridge Road
Gainesville, GA 30504


Fona International
1900 Averill Road
Geneva, IL 60134


Frederick J. Deborde
2 Miller Avenue
P.O. Box 875
Tybee Island, GA 31328


Frictec Limited
Robinson Way
Portsmouth, Hampshire


Frischkorn, Inc.
P.O. Box 6668
Richmond, VA 23230


G & B Energy
P.O. Box 811
Elkin, NC 28621-0811


Gail Sanecki
41 W 770 Northway Drive
Elburn, IL 60119


Gary B. Rhudy
P.O. Box 435
Independence, VA 24348


Gazette Press, Inc.
P.O. Box 186
Galax, VA 24333

Georgia State Dept. of Revenue
1800 Century Center Blvd. NE
Atlanta, GA 30345


Glover & Associates, Inc.
506 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303


Gordon Flesch Company, Inc.
P.O. Box 992
Madison, WI 53701-0992


Grainger
Dept. 648
Palatine, IL 60038-0001


Grayson National Bank
Attn: Dennis B. Gambill
113 West Main Street
Independence, VA 24348


Henry T. Hickey
130 Fox Bow Court
Fox Bow Farms
Eden, GA 31307


Holiday Inn Express
1600 E. Main Street
Saint Charles, IL 60174


Holland & Knight LLP
Attn: Carl Neumann
P.O. Box 3092
Lakeland, FL 33802-2092


Horizon Equipment Rental
162 Silver Springs Trail
Mount Airy, NC 27030


Hubert R. Boissiere
107 Gray's Creek Court
Savannah, GA 31410

Hugh M. Gross III
367 Shearhouse Road
Guyton, GA 31312


Hydro-Environmental Consultants


Illinois Dept. of Employment Revenu
100 W. Randolph Street
Chicago, IL 60601


Illinois Dept. of Employment Sec.
325 S. Poplar Street
P.O. Box 827
Centralia, IL 62801


Independence Tire Co.
P.O. Box 388
Independence, VA 24348


Indian River Transport Co.
P.O. Box 863670
Orlando, FL 32886-3670


Inkjet, Inc.
P.O. Box 847501
Dallas, TX 75284-7501


Internal Revenue Service
(Insolvency)
200 W. Adams, Suite 2300
Chicago, IL 60606


International Paper
1689 Solutions Center
Chicago, IL 60677-1006


International Stock Transfer Co.
1981 East 4800 South
Suite 100
Salt Lake City, UT 84117


J & S Wholesale Rental
P.O. Box 1104
Asheboro, NC 27204-1104

J.J. Keller
P.O. Box 548
Neenah, WI

Jack Tally
3568 NC8 Highway 65
Germanton, NC 27019

James Leonard Williams
2208 Godbee Avenue
Garden City, GA 31408

James Scott
2 Arrowhead Court
Savannah, GA 31406

James T. Attebery
2750 Witter Gulch Road
Evergreen, CO 80439

Jamie Lee Peterson
60 Montgomery CRD
Room 253
Savannah, GA 31419

Jana Klauer, M.C.
780 Park Avenue
New York, NY 10021

Janis Lynne Morris
113 Hollow Oak Drive
Bloomingdale, GA 31302

JANPAK Supply Solutions
Attn: Kathy Jones
113 Peter's Quay
Savannah, GA 31410

Jay N. Collins
219 Shellie Helmey
Guyton, GA 31312

Jeffery Adam Wilson
30 A  Hidden Creek Drive
Guyton, GA 31312

Jeffry A. Cheney
118 St. Matthews Road
Guyton, GA 31312


Jeffry L. Burmeister
150 Nandina Way
Pooler, GA 31322


Joan Barlow
3122 Elk Creek Parkway
Independence, VA 24348


Joe Cole


Joel Clyde McLaughlin
P.O. Box 121
Frank W. Dasher Lane
Guyton, GA 31312


John  Anthony Jenkins
119 N. Leedsgate Road
Savannah, GA 31406


John Levy
110 Oak Tree Pass
Westfield, NJ 07090


Jon Gleaton Knotts
117 Usher Place
Rincon, GA 31326


Joseph Balistreri
7831 Ox Trail Way
Verona, WI 53593


Joseph Duncan
1301 S. Main Street
Lot #1
Hinesville, GA 31313


Jost Chemical
8150 Lackland Road
Saint Louis, MO 63114

Jowat Corporation
P.O. Box 1368
High Point, NC 27261


Joy Lynette Brown
357 Sherman Avenue
Savannah, GA 31405


Judy Balistreri
7831 Ox Trail Way
Verona, WI 53593


Julie Curry
308 E. Clark Street
Plano, IL 60545


Karen Marie Knotts
117 Usher Place
Rincon, GA 31326


Karla S. Morales Garcia
2209 Spivey Avenue
Savannah, GA 31408


Kate S. Hamilton
4309 Augusta Road
Apt. 51C
Garden City, GA 31408


Keith A. Coney
2121 East 57th Street
Savannah, GA 31404


Kenneth Porter


Kermon Sumner
1386 Flatrock Road
Independence, VA 24348


Kevin L. Howell
100 Prince Royal Lane
Apt. 1902
Savannah, GA 31419

Kevin Robinson
9 Platinum Court
Pooler, GA 31322


Kevin T. Foster
1 Saint George Boulevard
Apt. #422
Savannah, GA 31419


Kinard Sales, Inc.
2782 Highway 80
Garden City, GA 31408


Kohler Industries, Inc.
4925 North 56th Street
Lincoln, NE 68504


Krones, Inc.
P.O. Box 321801
Franklin, WI 53132-6241


Lantech.com LLC
3257 Reliable Parkway
Chicago, IL 60686-0032


Lathan R. Cooper
2 Dukes Way
Unit 8
Savannah, GA 31419


Lavina L. Davis
12409 Largo Drive
Apt. 31
Savannah, GA 31419


LeClair Ryan
P.O. Box 2499
Richmond, VA 23218-2499


Leteshia Dwonik Coffee
205 W. Montgomery Cr.
Apt. #803
Savannah, GA 31406

Levenfeld Pearlstein
Two North LaSalle Street
Chicago, IL 60603


Liberty Incorporated
P.O. Box 7312
Garden City, GA 31418


Linda Gail Uqdah
9521 dunwoody Drive
Savannah, GA 31406


Magnetrol International, Inc.
4419 Paysphere Circle
Chicago, IL 60674


Marc Randal Fry
347 Robin Glen
South Elgin, IL 60177


Market Administrator


Maryland & Virginia Milk Producers
P.O. Box 79537
Baltimore, MD 21279-0537


Matthew J. McLellan
5 Ballastone Court
Savannah, GA 31410


McDonald Hopkins Co. LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114


Meadwestvaco Packaging Sys. LLC
P.O. Box 409424
Atlanta, GA 30384-9424


Melvin McKinley Wallace
2008 Siem Place
Savannah, GA 31404

Mesa Laboratory, Inc.
12100 W. 6th Avenue
Lakewood, CO 80228

Mescon Technologies, Inc.
9502 Gulfstream Road
Frankfort, IL 60423

Michael Catania
1542 Maritime Drive
Carlsbad, CA 92011

Michael H. Algor
9 Madeline Court
Farmingdale, NJ 07727

Midsummer Capital LLC
295 Madison Avenue
38th Floor
New York, NY 10017

More Than Gourmet
c/o Stark & Knoll Co., L.P.A.
3475 Ridgewood Road
Akron, OH 44333-6237

Mort Loan Grayson
P.O. Box 186
Independence, VA 24348

Myra Jo Barnes
1117 Springfield Street
Savannah, GA 31415

NAMSA
P.O. Box 710970
Cincinnati, OH 45271

Neogen Corporation
1603 Paysphere Circle
Chicago, IL 60674

Nicholas Jamane Teklu
291 Exeter Lane
Sugar Grove, IL 60554

North American Tank Lines
P.O. Box 863736
Orlando, FL 32886-3736


NSF International
6195 Reliable Parkway
Chicago, IL 60686-0061


Obrist Americas, Inc.
c/o Mellon Bank
Dept. CH 14152
Palatine, IL 60055-4152


Occupational Health Centers
P.O. Box 82730
Hapeville, GA 30354-0730


Officemax Contract, Inc.
P.O. Box 101705
Atlanta, GA 30392-1705


Omni Electrical Constructors
P.O. Box 4335
Lynchburg, VA 24502


Pallet One
P.O. Box 819
Bartow, FL 33831


Paper Chemical Supply Co.
P.O. Box 22113
Savannah, GA 31403


Paul Trincor
P.O. Box 75312
Charlotte, NC 28275


Peter James Skoda
1626 Bay Court
Naperville, IL 60565


Pizzey's Milling USA
4330 Lee Avenue
Gurnee, IL 60031

Plans for Welfare, LLC
c/o Vedder Price Kaufman & Kammholz
222 N. LaSalle Street
Chicago, IL 60601


Polish Cleaning Services, Inc.
P.O. Box 761
Saint Charles, IL 60174


PR Newswire
G.P.O. Box 5897
New York, NY 10087-5897


Precision Land Service, Inc.
P.O. Box 114
Wasco, IL 60183-0114


Priority Consulstants, Inc.
64 Dunham Place
Saint Charles, IL 60174


Pumping Systems, Inc.
P.O. Box 116673
Atlanta, GA 30368-6673


QAD, Inc.
P.O. Box 673421
Detroit, MI 48267-3421


Quill Corporation
P.O. Box 94081
Palatine, IL 60094-4081


Ralph Passino
1039 Bayou Place
Sarasota, FL 34236


Raymond E. Bolton
182 Oakland Drive
Guyton, GA 31312


Raymond Leasing Corp.
P.O. Box 2033905
Houston, TX 77216-3905

Reginald Darnell Thomas
4309 Augusta Road
Apt. #32-D
Savannah, GA 31408

Reliable Chicago
29 South LaSalle Street
Suite 520
Chicago, IL 60603

Ricky W. Rodi
2651 U.S. Highway Road
Bloomingdale, GA 31302

ROA Group
1562 Rosewood Drive
Wooster, OH 44691

Robert Earl Williams
1920 E. 57th Street
Savannah, GA 31404

Robert H. Stack
308 Roscommon Court
Glen Ellyn, IL 60137

Robert Stack
308 Roscommon Court
Glen Ellyn, IL 60137

Robin Carol Hursey
6096 Highway 204
Ellabell, GA 31308

Rodney W. Ferguson
315 Carter Street
Richmond Hill, GA 31324

Ronald Jackson Debnam
2906 Arctic Street
P.O. Box 3644
Savannah, GA 31414

Ronald Jones
9400 Abercorn Street
Savannah, GA 31419


Ronald McVay
112 Biltmore Drive
Guyton, GA 31312


Roseann Marie Phillips
385 Log Landing Cl.
Springfield, GA 31329


Royal Office Products
P.O. Box 2403
Bedford Park, IL 60499-2403


RR Donnelley Receivables, Inc.
P.O. Box 13654
Newark, NJ 07188-0001


RSM McGladrey
One South Wacker Drive
Suite 800
Chicago, IL 60606-4650


Samson Industrial
P.O. Box 532910
Atlanta, GA 30353-2910


Samuel W. Kennedy
25 Joshua Circle
Ellabell, GA 31308


Sarah Jean Buckingham
1723 Osprey Point Cr.
Pooler, GA 31322


Savannah Apparatus Repair Co. Inc.
P.O. Box 2886
Savannah, GA 31402-2886


Savannah First Aid
P.O. Box 397
Pooler, GA 31322

Savannah Warehouse Services
P.O. Box 7898
Garden City, GA 31418


Savoury Systems, Intl. Inc.
50 Tannery Road
Units 5 & 6
Branchburg, NJ 08876


Scholle Corporation
7243 Collections Center Drive
Chicago, IL 60693


Shannon Lee Pritchett
1105 S. Rogers Street
Lot #205
Pooler, GA 31322


Shawtay D. Wright
4419 Lilac Avenue
Savannah, GA 31404


Sherman Lavan Woodard
3 Towne Lake Court
Pooler, GA 31322


Sidel, Inc.
808 Stewart Avenue
Suite 200
Plano, TX 75074


Sonya Lynette Moore
4750 Laroche Avenue
Apt. #13
Savannah, GA 31404


Southeast Milk, Inc.
P.O.Box 3790
Belleview, FL 34421


Southstar Energy Services LLC
P.O. Box 945785
Atlanta, GA 30394

Sprint
P.O. Box 219100
Kansas City, MO 64121-9100


Standard Auto Parts Co.
P.O. Box 1161
Galax, VA 24333


Stanley Hubert James
2133 Westlake Avenue
Savannah, GA 31405


Staples Business Advantage
Dept. Det 2368
P.O. Box 83689
Chicago, IL 60696-3689


Star Construction - Leasing
950 Rodeo Drive
Walterboro, SC 29488


Stella Ann Beller
9 Bishop Avenue
Garden City, GA 31408


Stella Labs
625 From Road
Paramus, NJ 07652


Stephanie Louis Bowers
2117 Mell  Street
Savannah, GA 31415


Stephanie Tonete Johnson
114 Walz Circle
Savannah, GA 31404


Steve E. Zimmelmann, Jr.
30595 SW Rogue Lane
Apt. #5405
Wilsonville, OR 97070


Steven Darnell Bashlor
44 Carter Street
Richmond Hill, GA 31324

Steven Howard Christensen
12 Palmetto Bay Road
Savannah, GA 31410


Sunbelt Software Dist. Inc.
33 N. Garden Avenue
Suite 1200
Clearwater, FL 33755


Sunopta Grains and Foods Group
P.O. Box 128
Hope, MN 56046


Superior Vision Services Inc.
(NGLIC)
P.O.Box 201839
Dallas, TX 75320-1839


System ID Warehouse
1400 10th Street
Plano, TX 75074


Taaja C. Hightower
201 West Montgomery
Apt. #208
Savannah, GA 31406


Tabatchnick Find Foods, Inc.
c/o Dunn Lambert, LLC
The Atrium, East 80 Route 4
Paramus, NJ 07652


Tamela Ann Campbell
4 Sweet Gum Court
Savannah, GA 31410


Taptone Package Inspection
a/k/a Benthos, Inc.
49 Edgerton Drive
North Falmouth, MA 02556


Taylor Steven Parker
532 Shearouse Road
Guyton, GA 31312

The Great Spice Company
295 Distribution Avenue
San Marcos, CA 92024


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


Thompson Pump & Manufacturing
P.O. Box 291370
Port Orange, FL 32119


Tiffnay Rowell-Landing
2302 W. 42nd Street
Savannah, GA 31404


Tomekia Jatonga Torrence
1355 Bradley Boulevard
Apt. #513
Savannah, GA 31419


Tony Bernard Flowers
119 Saint Joseph Avenue
Savannah, GA 31408


Tonya Lachale Taylor
62 Coimbal Circle
Ft. Wentworth, GA 31407


Touchtone Telecom, Inc.
1952 Banks Drive
Elgin, IL 60123


Town of Independence
Attn: Kenneth Vaught
P.O.Box 99
Independence, VA 24348


Travis J. Wallace
213 Tunnel Road
Springfield, GA 31329


Tri-Chem Corporation
P.O. Box 71550
Madison Heights, MI 48071-0550

Triple A Products
5 Dakota Drive, Suite 305
New Hyde Park, NY 11042

Triumbari
2150 Steels Avenue East
Unit 10
Brampton Ontario L6T 1A7

Troutman Sanders LLP
Bank of America Plaza
600 Peachtreet St. N.E. - Suite 520
Atlanta, GA 30308-2216

TSS Limited - UK

U.S. Security & Exchange Comission
Attn: Merri Jo Gillette
175 W. Jackson, Suite 900
Chicago, IL 60604

United Parcel Service
P.O.Box 7247-0244
Philadelphia, PA 19170-0001

Universal Electric Co. Inc.
348 West Pine Street
Jesup, GA 31545

Universal Instrument Corp.
P.O. Box 14
Rosemont, PA 19010

UPS Freight
P.O. Box 79755
Baltimore, MD 21279-0755

US Cellular
P.O. Box 0203
Palatine, IL 60055-0203

US Cellular
P.O. Box 371345
Pittsburgh, PA 15250-7345

Utility Trailer Sales of Mt Airy
P.O. Box 1444
Mount Airy, NC 27030


Valerie C. Young
P.O. Box 30905
Savannah, GA 31410


Valerie Coleman
3599 Islands Highway
Midway, GA 31320


Valerie Rangel
703 E. Roosevelt Road
#203
Glendale Heights, IL 60139


Valley Consulting Group
Attn: John Houser
1441 Mountain Loop Road NW
Sugar Valley, GA 30746


Vassel Thomas Allen, Jr.
2 Dukes Way
Unit 8
Savannah, GA 31419


VBS Internationl (Cryotech)
745-B Camden Avenue
Campbell, CA 95008


VDACS
P.O. Box 430
Richmond, VA 23218-0430


VIP
P.O. Box 1609
Hinesville, GA 31310


Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218

Virginia Employment Commission
703 East Main Street
Richmond, VA 23219


VR Food Eqipment
P.O. Box 216
Penn Yan, NY 14527-0216


Waste Industries
P.O. Box 580495
Charlotte, NC 28258-0495


Waste Management - Savannah
P.O. Box 9001054
Louisville, KY 40290-1054


Water Time, Inc.
P.O. Box 591
Pittston, PA 18640


WCR Incorporated
221 Crane Street
Dayton, OH 45403


Wear-Ever Parts & Service
2283 Camel Road
Benicia, CA 94510


William C.A. Seng
1333 Lavon Avenue
Savannah, GA 31406


William Danny Thompson
505 Harris Trail Road
#28D
Richmond Hill, GA 31324


William P. Wallace
213 Tunnel Road
Springfield, GA 31329


William Supply - WYT
455 East Spring Street
Wytheville, VA 24382

```
William Thomas Meadows
18 Cherry Street
Hinesville, GA 31313


Willie Edward Sheffiedl
2008 Siem Place
Savannah, GA 31404


Willstaff Worldwide
P.O. Box 277534
Atlanta, GA 30384-7534


Winston-Salem Journal
P.O. Box 26408
Richmond, VA 23260-6408


Wiredog
974 East Stuart Drive
Suite H
Galax, VA 24333


Work One - Savannah Mall
P.O. Box 61117
Savannah, GA 31420


Worldwide Express
130 S. Bemiston Avenue
#700
Saint Louis, MO 63105


XPEX
P.O. Box 403565
Atlanta, GA 30384-3565


Yokogawa Corp.
P.O. Box 409220
Atlanta, GA 30384-9220


Zuckerman/Honickman Inc.
P.O. Box 8500-1151
Philadelphia, PA 19178-1151
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Universal Food & Beverage Company, Inc.** _____    Case No. _____
                                    Debtor(s)       Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Universal Food & Beverage Company, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 31, 2007** _____         **/s/ Miriam R. Stein** _____
Date                                 **Miriam R. Stein 06238163**
                                   Signature of Attorney or Litigant
                                   Counsel for   **Universal Food & Beverage Company, Inc.**
                                   **Arnstein & Lehr LLP**
                                   **120 S. Riverside Plaza**
                                   **Suite 1200**
                                   **Chicago, IL 60606**
                                   **(312) 876-7100 Fax:(312) 876-0288**