# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| **UNIVERSAL FOOD AND BEVERAGE COMPANY, INC, et al.,** | Case No. 07-15955 Lead Case 07-15960 and 07-15962 (Jointly Administered) |
| Debtors | Hon. Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

To:   See Attached

I, Miriam R. Stein, an attorney, hereby certify that I caused the **NOTICE OF FINAL HEARING ON DEBTOR'S POST-PETITION FINANCING** to be served on those listed on the attached Service List via U.S. Mail, with proper postage prepaid on September 12, 2007.

> **UNIVERSAL FOOD AND BEVERAGE COMPANY, INC., et al.,**
>
> By: /s/ Miriam R. Stein
> One of their Attorneys

James A Chatz (ARDC #00429244)
Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

33153.0003/1175732_1.DOC

Dale's Kitchen, LLC
100 Belted Kingfisher Lane
Richmond Hills, GA 31324

Grayson National Bank
Attn: Dennis B. Gambill
113 West Main Street
Independence, VA 24348

Midsummer Capital LLC
295 Madison Avenue
38th Floor
New York, NY 10017

Internal Revenue Service
(Insolvency)
200 W. Adams Street, Suite 2300
Chicago, IL 60606

U.S. Security & Exchange Comm.
Attn: Merri Jo Gillette
175 W. Jackson, Suite 900
Chicago, IL 60604

Georgia State Dept. of Revenue
1800 Century Center Blvd. NE
Atlanta, GA 30345

Illinois Depart. of Emp. Revenue
100 W. Randolph Street
Chicago, IL 60601

Illinois Dept. of Empl. Security
325 S. Poplar Street
P.O. Box 827
Centralia, IL 62801

Virginia Dept. of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218

Virginia Employment Commission
703 E. Main Street
Richmond, VA 23219

3M CAY 1690
2807 Paysphere Circle
Chicago, IL 60674

A & L Pump
P.O. Box 2247
Manteca, CA 95336

A. Daigger & Co. Inc.
620 Lakeview Parkway
Vernon Hills, IL 60061

Abbey Mec-Tric
P.O. Box 1225
Norcross, GA 30091

Able Pest Control
7 N 365 Falcons Trail
Saint Charles, IL 60174

Accountemps
P.O. Box 6000
San Francisco, CA 94160-3484

ADMS-Heath Engineering, Inc.
119 N. Main Street
Galax, VA 24333

Advantage Storage Trailers
P.O. Box 236
Sparta, NC 28675

Aerotek Commercial Staffing
P.O. Box 198531
Atlanta, GA 30384-8531

Alex C. Fergusson, Inc. (AFCO)
P.O. Box 8500-51500
Philadelphia, PA 19178-8500

Allen Industries, Inc.
Attn: Joe Moran
23 Progress Street
Edison, NJ 08820

Allied Waste Services #933
P.O. Box 9001154
Louisville, KY 40290

Ambassador Personnel
P.O. Box 2057
Thomasville, GA 31799-2057

AMCO Products Company
Attn: Wendell Martin
501 Phoenix Avenue
Fort Smith, AR 72916

American Arbitration Assoc.
950 Warren Avenue
East Providence, RI 02914

American Computer Supplies
P.O. Box 64762
Los Angeles, CA 90064

American Conveyor Corp.
Attn: Arnold Lawner
1819 Flushing Avenue
Ridgewood, NY 11385

Andress Engineering Assoc.
131 Airpark Industrial Road
Alabaster, AL 35007

Angela Lashell Sallie
343 Riverview Drive
Savannah, GA 31404

Annette M. Johnson
P.O. Box 9792
Savannah, GA 31402

Anthony Baker, Sr.
2800 Capitol Street
Apt. 9B
Savannah, GA  31404

Anthony Lamar Moore
31 Skyline Sr.
Savannah, GA  31406

Anthony Thomas
1617 Dean Forest Road
P.O. Box 7496
Savannah, GA  31408

Appalachian Pow
P.O. Box 24413
Canton, OH  44701-4415

Appalachian powe
P.O. Box 24416
Canton, OH  44701-4413

Appalachian Pow
P.O. Box 24413
Canton, OH  44701-4413

Appalachian Power Company
P.O. Box 24404
Canton, OH  44701

Aqueelah Taliah Bryant
714 W. 57th Street
Savannah, GA  31405

Aramark Uniform Services
P.O. Box 3835
Savannah, GA  31414-3835q

ARCET
P.O. Box 10699
Lynchburg, VA  24506-0699

Ariake USA, Inc.
Attn:  George Peklo
1711 N. Liberty Street
Harrisonburg, VA  22802

Ashley Jane Holloway
508 E. 4th Street
Rincon, GA  31326

AT & T
P.O. Box 8100
Aurora, IL  60507-8100

AT & T-6215
P.O. Box 277019
Atlanta, GA  30384-7019

August Liquori
15 Horton Court
West Harrison, NY  10604

Aurora Tri-State Fire
1080 Corporate Boulevard
Aurora, IL  60504

Batavia Land Co.
Attn:  Nancy
1399 E. State Street
Geneva, IL  60134-2490

Berts Garage, Inc.
P.O. Box 616
Hillsville, VA  24343

Beverly Denise Jenkins
P.O. Box 691
Savannah, GA  31401

Bizedge
P.O. Box 93825
Cleveland, OH  44101-5825

Blackman Kallick
2796 Eagle Way
Chicago, IL  60678-1279

Bradley Lock & Key Shop
25 State Street E
Savannah, GA  31401

Brenda Yvonne Parker
14 Sidney Court
Savannah, GA  31406

Briarpatch Metal Works, Inc.
1173 N. Independence Avenue
Independence, VA  24348

Bruce A. Alexander
985 Rushing Street
Richmond Hills, GA  31324

Burnham Hill Partners
Attn:  Michael S. Liss
570 Lexington Avenue
New York, NY  10022

C.H. Robinson Worldwide
P.O. Box 9121
Minneapolis, MN  55480-9121

California Natural Products
P.O. Box 1219
Lathrop, CA  95330

Carey F. Canales
310 Symons Street
Pooler, GA  31322

Carl Nathanial Anderson
1425 King George Road
Apt. #7B
Savannah, GA  31419

Carlethia A. Brown
4205 Walton Street
Savannah, GA  31405

Carroll County JDR Court
P.O. Box 1808
Hillsville, VA  24343-1808

Carroll County PSA
605-2 Pine Street
Hillsville, PA  24343

Celsis, Inc.
165 Fieldcrest Avenue
Edison, NJ  08837

Century Solutions
Attn:  Mike Manahan
12836 S. Dixie Highway
Bowling Green, OH  43402

Chaka Jensece Hopkins
1228 Seiler Avenue
Savannah, GA  31404

Charles Sizer
2408 Marshall Court
Naperville, IL  60565

Charity M. Lynn
504 Ash Street
Bloomingdale, GA  31302

Charles A. Southard IV
312 Keen Way
Guyton, GA  31312

Charm Science
659 Andover Street
Lawrence, MA  01843

Charm Sciences, Inc.
P.O. Box 3700-29
Boston, MA  02241

Cherie Leveda Lang
104 Ridgecrest Street
Pooler, GA  31322

Christopher Michael Brown
P.O. Box 2141
Rincon, GA  31326

Christopher Michael Yarbrough
620 E. Deerfield Road
Bloomingdale, GA  31302

Christopher Screen
25 Clearwater Lane
Savannah, GA  31419

Clifton June Jones
7207 Madison Avenue
Savannah, GA  31406

Coastal Training Tech Corp.
P.O. Box 846078
Dallas, TX  75284-6078

Cole Parmer Instrument Co.
625 E. Bunker Court
Vernon Hills, IL  60061

Colonial Life & Accident
P.O. Box 1355
Columbia, SC  29202-1365

Colony Bay Florist
4809 Augusta Road
Garden City, GA  31408

Colorado Marketing & Design
Attn:  James T. Attebery
2750 Witter Gulch Road
Evergreen, CO  80439

Comcast Cable
P.O. Box 3001
Southeastern, PA  19398-3001

Con-Way Freight Inc.
135 S. LaSalle Street
Dept. 2493
Chicago, IL  60674-2493

Concerta medical Centers
Occ. Health Centers of GA Inc.
P.O. Box 87230
Hapeville, GA  30354-0730

Cricket Financial LLC
12310 Pinecrest Road
Suite 100
Reston, BA  20192

Crouch
2516 Fillmore Avenue
Knoxville, TN  37921

DAF Corporation
P.O. Box 467
Kaukauna, WI  54130

Daniel Jermone Morgan
P.O. Box 5721
Savannah, GA  31414

Daniele M. Dale
1854 Goshen Road, #8
Rincon, GA  31326

Darryl Keith Brown
628 E. 39th Street
Savannah, GA  31401

David A. Umbaugh
c/o Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 500
Chicago, IL 60603

David Anthony Braswell
126 Horsepen Road
Guyton, GA 31312

David Trappio, Jr.
204 New York Avenue
Savannah, GA 31404

Dawn Opal Robertson
1069 Railroad Bed Road
Brooklet, GA 30415

DCI, Inc.
P.O. Box 1227
Saint Cloud, MN 56301-1227

De Lage Landen Financial Svcs.
P.O. Box 41601
Philadelphia, PA 19101-1601

Debra Lynn Smith
1854 Goshen Road
Lot #14
Rincon, GA 31326

Delroy U. Chambers II
201 W. Montgomery Cr.
Apt. #101
Savannah, GA 31406

Demetraus D. Jenkins
4309 Augusta Road
Apt. #370
Garden City, GA 31408

Digi-Key
P.O. Box 250
Thief River Falls, MN 56701-0250

DISH Network
P.O. Box 105169
Atlanta, GA 30348-5169

Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL 60613

Don Ratliff
31114 Rich Valley Road
Meadowview, VA 24361

Douglas Mark Hall
209 James Road
Pooler, GA 31322

DSM Nutritional Products
34 Waterview Boulevard
Parsippany, NJ 07054

Dwayne Tyron Hall
1106 Augusta Avenue
Savannah, GA 31401

E & R Oil
P.O. Box 268
Independence, VA 24348

ECO Lab Pest Elimination
P.O. Box 6007
Grand Forks, ND 58206-6007

Eddie Lee Leggett
649 E. 38th Street
Savannah, GA 31401

Edward Walker
714 West 57th Street
Apt. #302
Savannah, GA 31405

Eggers Eggers Eggers & Eggers
P.O. Box 248 DTS
373 West King Street
Boone, NC 28607

Eldean Ramsey
421 Standard Lane
P.O. Box 241
Springfield, GA 31329

EMBARQ
P.O. Box 96064
Charlotte, NC 28296-0064

Enersys, Inc.
1604 Solutions Center
Chicago, IL 60677-1066

Environmental Management Svcs.
P.O. Box 784
Wytheville, VA 24382

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612

Evelyn Robinson Peterson
125 Tibet Avenue
Apt. #101B
Savannah, GA 31406

Fastenal
500 Peppers Ferry Road
Wytheville, VA 24382

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515

FedEx Freight
4103 Collection Center Drive
Chicago, IL 60693

Festo Corp.
P.O. Box 1355
Buffalo, NY 14240

Fil-Clean
6122 Gardendale Drive
Houston, TX 77092

Financial Dynamics
c/o Salamon Gruber Blaymore et al.
97 Powerhouse Road, Suite 102
Roslyn Heights, NY 11577-2016

Flatiron Capital Corp.
P.O. Box 27802
Newark, NJ 07101-7802

Florida Spectrum Env. Svcs.
1460 W. McNab Road
Fort Lauderdale, FL 33309

Florida Technology & Solutions, Inc.
4493 Browns Bridge Road
Gainesville, GA 30504

Fona International
1900 Averill Road
Geneva, IL 60134

Frederick J. Debords
2 Miller Avenue
P.O. Box 875
Tybee Island, GA 31328

Frictec Limited
Robinson Way
Portsmouth, Hampshire

Frischkorn, Inc.
P.O. Box 6668
Richmond, VA 23230

G & B Energy
P.O. Box 811
Elkin, NC 28621-0811

Gail Sanecki
41 W 770 Northway Drive
Elburn, IL 60119

Gary B. Rhudy
P.O. Box 435
Independence, VA 24348

Gazette Press, Inc.
P.O. Box 186
Galax, VA 24333

Glover & Associates, Inc.
506 International Tower
229 Peachtree Street NE
Atlanta, GA 30303

Gordon Flesch Company, Inc.
P.O. Box 992
Madison, WI 53701-0992

Grainger
Dept. 648
Palatine, IL 60038-0001

Henry T. Hickey
130 Fox Bow Court
Fox Bow Farms
Eden, GA 31307

Holiday Inn Express
1600 E. Main Street
Saint Charles, IL 60174

Holland & Knight LLP
Attn: Carl Neumann
P.O. Box 3092
Lakeland, FL 33802-2092

Horizon Equipment Rental
162 Silver Springs Trail
Mount Airy, NC 27030

Hubert R. Boissiere
107 Gray's Creek Court
Savannah, GA 31410

Hugh M. Gross III
367 Shearhouse Road
Guyton, GA 31312

Independence Tire Co.
P.O. Box 863670
Orlando, FL 32886-3670

Inkjet, Inc.
P.O. Box 847501
Dallas, TX 75284-7501

International Paper
1689 Solutions Center
Chicago, IL 60677-1006

International Stock Transfer Co..
1981 East 4800 South
Suite 100
Salt Lake City, UT 84117

J & S Wholesale Rental
P.O. Box 1104
Asheboro, NC 27204-1104

J. J. Keller
P.O. Box 548
Neenah, WI

Jack Tally
3568 NC8 Highway 65
Germanton, NC 27019

James Leonard Williams
2208 Godbee Avenue
Garden City, GA 31408

James Scott
2 Arrowhead Court
Savannah, GA 31406

James T. Attebery
2750 Witter Gulch Road
Evergreen, CO 80439

Jamie Lee Peterson
60 Montgomery CRD
Rom 253
Savannah, GA 31419

Jana Klauer, M.C.
780 Park Avenue
New York, NY 10021

Janis Lynne Morris
113 Hollow Oak Drive
Bloomingdale, GA 31302

JANPAK Supply Solutions
Attn: Kahty Jones
113 Peter's Quay
Savannah, GA 31410

Jay N. Collins
219 Shellie Helmey
Guyton, GA 31312

Jeffery Adam Wilson
30 A Hidden Creek Drive
Guyton, GA 31312

Jeffry A. Cheney
118 St. Matthews Road
Guyton, GA 31312

Jeffry L. Burmeister
150 Nardina Way
Pooler, GA 31322

Joan Barlow
3122 Elk Creek Parkway
Independence, VA 24348

Joel Clyde McLaughlin
P.O. Box 121
Frank W. Dasher Lane
Guyton, GA 31312

John Anthony Jenkins
119 N. Leedsgate Road
Savannah, GA 31406

John Levy
110 Oak Tree Pass
Westfield, NJ 07090

Jon Gleaton Knotts
117 Usher Place
Rincon, GA 31326

Joseph Balistreri
7831 Ox Trail Way
Verona, WI 35393

Joseph Duncan
1301 S. Main Street
Lot #1
Hinesville, GA 31313

Jost Chemical
8150 Lackland Road
St. Louis, MO 63114

Jowat Corporation
P.O. Box 1368
High Point, NC 27261

Joy Lynette Brown
357 Sherman Avenue
Savannah, GA 31405

Judy Balistreri
7831 Ox Trail Way
Verona, WI 53593

Julie Curry
308 E. Clark Street
Plano, IL 60545

Karen Marie Knotts
117 Usher Place
Rincon, GA 31326

Karla S. Morales Garcia
2209 Spivey Avenue
Savannah, GA 31408

Kate S. Hamilton
4309 Augusta Road
Apt. 51C
Garden City, GA 31408

Keith A. Coney
2121 East 57th Street
Savannah, GA 31404

Kermon Sumner
11386 Flatrock Road
Independence, VA 24348

Kevin L. Howell
100 Prince Royal Lane
Apt. 1902
Savannah, GA 31419

Kevin Robinson
9 Platinum Court
Pooler, GA 31322

Kevin T. Foster
1 Saint George Boulevard
Apt. #422
Savannah, GA 31419

Kinard Sales, Inc.
282 Highway 80
Garden City, GA 31408

Kohler Industries, Inc.
4925 N. 56th Street
Lincoln, NE 68504

Krones, Inc.
P.O. Box 321801
Franklin, WI 53132-6241

Lantech.com LLC
3257 Reliable Parkway
Chicago, IL 60686-0032

Lathan R. Cooper
2 Dukes Way, Unit 8
Savannah, GA 31419

Lavina L. Davis
12409 Largo Drive
Apt. 31
Savannah, GA 31419

LeClair Ryan
P.O. Box 2499
Richmond, VA 23218-2499

Leteshia Dwonik Coffee
205 W. Montgomery Dr.
Apt. 803
Savannah, GA 31406

Levenfeld Pearlstein
Two N. LaSalle Street
Chicago, IL 60603

Liberty Incorporated
P.O. Box 7312
Garden City, GA 31418

Linda Gail Uqdah
9521 Dunwoody Drive
Savannah, GA 31406

Magnetrol International, Inc.
4419 Paysphere Circle
Chicago, IL 60674

Marc Randal Fry
347 Robin Glen
South Elgin, IL 60177

Maryland & Virginia Milk Producers
P.O. Box 79537
Baltimore, MD 21279-0537

Matthew J. McLellan
5 Ballastone Court
Savannah, GA 31410

McDonald Hopkins Co. LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

Meadwestvaco Packaging Sys LLC
P.O. Box 409424
Atlanta, GA 30384-9424

Melvin McKinley Wallace
2008 Siem Place
Savannah, GA 31404

Mesa Laboratory, Inc.
12100 W. 6th Avenue
Lakewood, CO 80228

Mescon Technologies, Inc.
9502 Gulfstream, Road
Frankfort, IL 60423

Michael Catania
1542 Maritime Drive
Carlsbad, CA 92011

Michael H. Algor
9 Madeline Court
Farmingdale, NJ 07727

More Than Gourmet
c/o Stark & Knoll Co. L.P.A.
3475 Ridgewood Road
Akron, OH 44333-6237

Mort Loan Grayson
P.O. Box 186
Independence, VA 24348

Myra Jo Barnes
1117 Springfield Street
Savannah, GA 31415

NAMSA
P.O. Box 710970
Cincinnati, OH 45271

Neogen Corporation
1603 Paysphere Circle
Chicago, IL 60674

Nicholas Jamane Teklu
291 Exeter Lane
Sugar Grove, IL 60554

North American Tank Lines
P.O. Box 863736
Orlando, FL 32886-3736

NSF International
6195 Reliable Parkway
Chicago, IL 60686-0061

Obrist Americas, Inc.
c/o Mellon Bank
Dept. CH 14152
Palatine, IL 60055-4152

Occupational Health Centers
P.O. Box 82730
Hapeville, GA 30354-0730

Officemax Contract, Inc.
P.O. Box 101705
Atlanta, GA 30392-1705

Omni Electrical Constructors
P.O. Box 4335
Lynchburg, VA 24502

Pallet One
P.O. Box 819
Bartow, FL 33831

Paper Chemical Supply Co.
P.O. Box 22113
Savannah, GA 31403

Paul Trincor
P.O. Box 75312
Charlotte, NC 28275

Peter James Skoda
1626 Bay Court
Naperville, IL 60565

Pizzey's Milling USA
4330 Lee Avenue
Gurnee, IL 60031

Plans for Welfare, LLC
c/o VedderPrice
222 N. LaSalle Street
Chicago, IL 60601

Polish Cleaning Services, Inc.
P.O. Box 761
St. Charles, IL 60174

PR Newswire
G.P.O. Box 5897
New York, NY 10087-5897

Precision Land Service, Inc.
P.O. Box 114
Wasco, IL 60183-0114

Priority Consultants, Inc.
64 Dunham Place
St. Charles, IL 60174

Pumping Systems, Inc.
P.O. Box 116673
Atlanta, GA 30368-6673

QAD, Inc.
P.O. Box 673421
Detroit, MI 48267-3421

Quill Corporation
P.O. Box 94081
Palatine, IL 60094-4081

Ralph Passino
1039 Bayou Place
Sarasota, FL 34236

Raymond E. Bolton
182 Oakland Drive
Guyton, GA 31312

Raymond Leasing Corp.
P.O. Box 2033905
Houston, TX 77216-3905

Reginald Darnell Thomas
4309 Augusta Road
Apt. #32-D
Savannah, GA 31408

Reliable Chicago
29 S. LaSalle Street
Suite 520
Chicago, IL 60603

Rickey W. Rodi
2651 U.S. Highway Road
Bloomingdale, GA 31302

ROA Group
1562 Rosewood Drive
Wooster, OH 44691

Robert Earl Williams
1920 E. 57th Street
Savannah, GA 31404

Robert H. Stack
308 Roscommon Court
Glen Ellyn, IL 60137

Robin Carol Hursey
6096 Highway 204
Ellabell, GA 31308

Rodney W. Ferguson
315 Carter Street
Richmond Hill, GA 31324

Ronald Jackson Debnam
2906 Arctic Street
P.O. Box 3644
Savannah, GA 31414

Ronald Jones
9400 Abercorn Street
Savannah, GA 31419

Ronald McVay
112 Biltmore Drive
Guyton, GA 31312

Roseann Marie Phillips
385 Log Landing Cl.
Springfield, GA 31329

Royal Office Products
P.O. Box 2403
Bedford Park, IL 60499-2403

RR Donnelley Receivables Inc.
P.O. Box 13654
Newark, NJ 07188-0001

RSM McGladrey
One S. Wacker Drive
Suite 800
Chicago, IL 60606-4650

Samson Industrial
P.O. Box 532910
Atlanta, GA 30353-2910

Samuel W. Kennedy
25 Joshua Circle
Ellabell, GA 31308

Sarah Jean Buckingham
1723 Osprey Point Cr.
Pooler, GA 31322

Savannah Apparatus Repair Co.
P.O. Box 2886
Savannah, GA 31402-2886

Savannah First Aid
P.O. Box 397
Pooler, GA 31322

Savannah Warehouse Services
P.O. Box 7898
Garden City, GA 31418

Savoury Systems, Intl. Inc.
50 Tannery Road
Units 5 & ^
Branchburg, NJ 08876

Scholle Corporation
7243 Collections Center Drive
Chicago, IL 60693

Shannon Lee Pritchett
1105 S. Rogers Street
Lot #205
Pooler, GA 31322

Shawtay D. Wright
4419 Lilac Avenue
Savannah, GA 31404

Sherman Lavin Woodard
3 Towne Lake Court
Pooler, GA 31322

Sidel, Inc.
808 Stewart Avenue
Suite 200
Plano, TX 75074

Sonya Lynette Moore
4750 Laroche Avenue
Apt. #13
Savannah, GA 31404

Southeast Milk, Inc.
P.O. Box 3790
Belleview, FL 34421

Southstar Energy Services LLC
P.O. Box 945785
Atlanta, GA 30394

Sprint
P.O. Box 219100
Kansas City, MO 64121-9100

Standard Auto Parts Co.
P.O. Box 1161
Galax, VA 24333

Stanley Hubert James
2133 Westlake Avenue
Savannah, GA 31405

Staples Business Advantage
Dept. 2368
P.O. Box 83689
Chicago, IL 60696-3689

Star Construction – Leasing
950 Rodeo Drive
Walterboro, SC 29488

Stella Ann Beller
9 Bishop Avenue
Garden City, GA 31408

Stella Labs
625 From Road
Paramus, NJ 07652

Stephanie Louis Bowers
2117 Mell Street
Savannah, GA 31415

Stephanie Tonete Johnson
114 Walz Circle
Savannah, GA  31404

Steve E. Zummelmann, Jr.
30595 SW Rogue Lane
Apt. #5405
Wilsonville, OR  97070

Steven Darnell Bashlor
44 Carter Street
Richmond Hill, GA  31324

Steven Howard Christensen
12 Palmetto Bay Road
Savannah, GA  31410

Sunbelt Software Dist. Inc.
33 N. Garden Avenue
Suite 1200
Clearwater, FL  33755

Sunopta Grains and Foods Group
P.O. Box 128
Hope, MN  56046

Superior Vision Service, Inc.
(NGLIC)
P.O. Box 201839
Dallas, TX  75320-1839

System ID Warehouse
1400 10th Street
Plano, TX  75074

Taaja C. Hightower
201 W. Montgomery
Apt. #208
Savannah, GA  31406

Tabatchnick Fine Foods, Inc.
c/o Dunn Lambert ILC
The Atrium, East 80 Route 4
Paramus, NJ  07652

Tamela Ann Campbell
4 Sweet Gum Court
Savanah, GA  31410

Taptone Package Inspection
a/k/a Benthos, Inc.
49 Edgerton Drive
North Falmouth, MA  02556

Taylor Steven Parker
532 Shearouse Road
Guyton, GA  31312

The Great Spice Company
295 Distribution Avenue
San Marcos, CA  92024

The Hartford
P.O. Box 2907
Hartford, CT  06104-2907

Thompson Pump & Mfg.
P.O. Box 291370
Port Orange, FL  32119

Tiffnay Rowell-Landing
2302 W. 42nd Street
Savannah, GA  31404

Tomekia Jatonga Torrence
1355 Bradley Boulevard
Apt. #513
Savannah, GA  31419

Toney Bernard Flowers
119 Saint Joseph Avenue
Savannah, GA  31408

Tonya Lachale Taylor
62 Coimbal Circle
Ft. Wentworth, GA  31407

Touchtone Telecom,Inc.
1952 Banks Drive
Elgin, IL  60123

Town of Independence
Attn:  Kenneth Vaught
P.O. Box 99
Independence, VA  24348

Travis J. Wallace
213 Tunnel Road
Springfield, GA  31329

Tri-Chem Corporation
P.O. Box 71550
Madison Heights, MI  48071-0550

Triple A Products
5 Dakota Drive, Suite 305
New Hyde Park, NY  11042

Triumbari
2150 Steels Avenue East
Unit 10
Brampton Ontario L6T 1A7
Canada

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA  19170-0001

Universal Electric Co. Inc.
348 W. Pine Street
Jesup, GA  31545

Universal Instrument Corp.
P.O. Box 14
Rosemont, PA  19010

UPS Freight
P.O. Box 79755
Baltimore, MD  21279-0755

US Cellular
P.O. Box 0203
Palatine, IL 60055-0755

US Cellular
P.O. Box 371345
Pittsburgh, PA 15250-7345

Utility Trailer Sales of Mt. Airy
P.O. Box 1444
Mount Airy, NC 27030

Valerie C. Young
P.O. Box 30905
Savannah, GA 31410

Valerie Coleman
3599 Islands Highway
Midway, GA 31320

Valerie Rangel
703 E. Roosevelt Road
#203
Glendale Heights, IL 60139

Valley Consulting Group
Attn: John Houser
1441 Mountain Loop Road NW
Sugar Valley, GA 30746

Vassel Thomas Allen, Jr.
2 Dukes Way, Unit 8
Savannah, GA 31419

VBS International (Cryotech)
745-B Camden Avenue
Campbell, CA 95008

VDACS
P.O. Box 430
Richmond, VA 23218-0430

VIP
P.O. Box 1609
Hinesville, GA 31310

VR Food Equipment
P.O. Box 216
Penn Yan, NY 14527-0216

Waste Industries
P.O. Box 580495
Charlotte, NC 28258-0495

Waste Management – Savannah
P.O. Box 9001054
Louisville, KY 40290-1054

Water Time, Inc.
P.O. Box 591
Pittston, PA 18640

WCR Incorporated
221 Crane Street
Dayton, OH 456403

Wear-Ever Parts & Service
2283 Camel Road
Benicia, CA 94510

William C.A. Seng
1333 Lavon Avenue
Savannah, GA 31406

William Danny Thompson
505 Harris Trail Road, #28D
Richmond Hill, GA 31324

William P. Wallace
213 Tunnel Road
Springfield, GA 31329

William Supply – WYT
455 E. Spring Street
Wytheville, VA 24382

William Thomas Meadows
18 Cherry Street
Hinesville, GA 31313

Willie Edward Sheffield
20008 Siem Place
Savannah, GA 31404

Willstaff Worldwide
P.O. Box 277534
Atlanta, GA 30384-7534

Winston-Salem Journal
P.O. Box 26408
Richmond, VA 23260-6408

Wiredog
974 East Stuart Drive
Suite H
Galax, VA 24333

Work One – Savannah Mall
P.O. Box 61117
Savannah, GA 31420

Worldwide Express
130 S. Bemiston Avenue
#700
St. Louis, MO 63105

XPEX
P.O. Box 403565
Atlanta, GA 30384-3565

Yokogawa Corp.
P.O. Box 409220
Atlanta, GA 30384-9220

Zuckerman/Honickman, Inc.
191 S. Gulph Road
King of Prussia, PA 19406

Advanced Instruments, Inc.
P.O. Box 845116
Boston, MA 02284-5116

Airco Industrial Contractors, Inc.
4919 Old Louisville
Garden City, GA 31408

Arbon Equipment Corp.
P.O. Box 78196
Milwaukee, WI 53278

AT & T
P.O. Box 105262
Atlanta, GA 30348-5262

Bearings & Drives
P.O. Box 116733
Atlanta, GA 30368-6733

Bill Moore Supply Co.
P.O. Box 2327
Savannah, GA 31402

BlueCross BlueShield of Georgia
P.O. Box 100376
Atlanta, GA 30384-0376

Brenntag Southeast, Inc.
P.O. Box 752094
Charlotte, NC 28275-2049

Carolina Handling
P.O. Box 890352
Charlotte, NC 28289-0352

CEM Corp.
12750 Collections Center Drive
Chicago, IL 60693

Chatham County Tax
133 Montgomery Street
1st Floor
Savannah, GA 31412

Chatham County Water & Sewer
124 Bull Street
1st Floor Cashier
Savannah, GA 31401

Chemtreat, Inc.
P.O. Box 60473
Charlotte, NC 28260-0473

City of Savannah
Industrial Treatment
1400 E. President Street
Savannah, GA 31404

City of Savannah
Revenue Department
P.O. Box 1228
Savannah, GA 31402-1228

City of Savannah
Revenue Dept. – Utility Div.
P.O. Box 1968
Savannah, GA 31402-1968

Culligan Water Services
P.O. Box 1618
Kingsland, GA 31548-1681

DAF Corporation
P.O. Box 567
Kaukauna, WI 54130

Daigger
620 Lakeview Parkway
Vernon Hills, IL 60061

Diagraph Marking & Coding
Attn: Maxine Ferguson
75 Remittance Drive, Suite 1234
Chicago, IL 60675-1234

Division & Contractors, Inc.
P.O. Box 22593
Savannah, GA 31403

Dobbins Company, Inc.
P.O. Box 65
Trussville, AL 35173

Domino Amjet, Inc.
135 S. LaSalle Street
Dept. 3809
Chicago, IL 60674-3809

Donaldson Filtration Ultrafilter
c/o Bank of America
Chicago, IL 60692

Dougherty Equipment Co.
P.O. Box 601439
Charlotte, NC 28260-1439

Elite Transportation & Logistics
P.O. Box 280
Henderson, CO 80640

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Fisher Scientific
13551 Collections Center Drive
Chicago, IL 60693

Georgia Department of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348-5499

| | | |
|---|---|---|
| Georgia Mill Supply, Inc.<br>P.O. Box 903<br>Alma, GA 31510 | Georgia Scale Company<br>P.O. Box 211460<br>Augusta, GA 30917-1480 | Georgia Valve & Fitting<br>P.O. Box 3055<br>Alpharetta, GA 30023 |
| Grainger<br>Dept. 860217884<br>Palatine, IL 60038-0001 | Graphic Controls LLC<br>P.O. Box 1271<br>Buffalo, NY 14240-1271 | Guardian<br>P.O. Box 51505<br>Los Angeles, CA 90051-5805 |
| Hartness International<br>P.O. Box 75441<br>Charlotte, NC 28275-0441 | Hartness International, Inc.<br>Attn: Anthony Andrews<br>1200 Garlington Road<br>Greenville, SC 29618 | HD Supply – Apex (Hughes)<br>P.O. Box 101888<br>Atlanta, GA 30392-1888 |
| Hendricks Interiors, Inc.<br>167 Lansing Avenue<br>Savannah, GA 31406 | Henry H. Ottens Mfg. Co.<br>P.O. Box 2506<br>Philadelphia, PA 19178-2506 | Heritage Equipment Company<br>9000 Heritage Drive<br>Plain City, OH 43084 |
| Hershey Company<br>P.O. Box 640227<br>Pittsburgh, PA 15264-0227 | Hertz – Location 346<br>514 Bourne Avenue, Highway 30<br>Garden City, GA 31418 | Hill Manufacturing Co. Inc.<br>1500 Jonesboro Road SE<br>Atlanta, GA 30315 |
| Home Depot<br>P.O. Box 6031<br>Dept. 32253677003<br>The Lakes, NV 88901-6031 | Indexx Distributions, Inc.<br>P.O. Box 101327<br>Atlanta, GA 30392-1327 | IFM Efector, Inc.<br>P.O. Box 8538-307<br>Philadelphia, PA 19171-0307 |
| Illingworth Engineering Co.<br>6855 Phillips Parkway Drive South<br>Jacksonville, FL 32256 | Imperial Distributing, Inc.<br>14385 Collections Center Drive<br>Chicago, IL 60693 | Industrial Boiler & Mechanical Co.<br>P.O. Box 5100<br>Chattanooga, TN 37406 |
| Inkjet, Inc.<br>P.O. Box 847501<br>Dallas, TX 75284-7501 | Lab Safety Supply, Inc.<br>P.O. Box 5004<br>Janesville, WI 53547-5004 | McMaster-Carr Supply Co.<br>P.O. Box 7690<br>Chicago, IL 60680-7690 |
| McNaughton-McKay Electric Co.<br>P.O. Box 890976<br>Charlotte, NC 28289-0976 | Melton U.S.A.<br>P.O. Box 493<br>Winder, GA 30680 | Motion Industries, Inc.<br>P.O. Box 404130<br>Atlanta, GA 30384 |
| National Welders Supply Co. Inc.<br>P.O. Box 31007<br>Charlotte, NC 28231 | Nelson Jameson, Inc.<br>P.O. Box 1147<br>Marshfield, WI 54449-1147 | Nordson Corp.<br>P.O. Box 802586<br>Chicago, IL 60680-2586 |

OCE Imagistics, Inc.
7555 E. Hampden Avenue
Suite 200
Denver, CO  80231-4834

Praxair Distribution, Inc.
Dept. AT40174
Atlanta, GA  31193-0174

Precision Compressor Parts
P.O. Box 3048
Lilburn, GA  30048

Savannah Cartage, Inc.
P.O. Box 1284
Savannah, GA  31402

Shred-It USA
10162 Bell Wright Road
Suite A
Summerville, SC  29483

Silliker, Inc.
2169 West Park Court
Suite G
Stone Mountain, GA  30087

Southeastern Air Conditioning Co.
P.O. Box 7768
Garden City, GA  31418

Sprint
P.O. Box 4181
Carol Stream, IL  60197-4181

Tennant Sales & Services Co.
P.O. Box 71414
Chicago, IL  60694-1414

Tidewater Landscape Management
P.O. Box 7571
Garden City, GA  31418

Trane
File 56718
Los Angeles, CA  90074-6718

Tri-State, Inc.
P.O. Box 18289
Garden City, GA  31481

Unisource
P.O.Box 409884
Atlanta, GA  30384-9884

Univar USA, Inc.
P.O. Box 409692
Atlanta, GA  30384-9692

County of Grayson, Virginia
c/o Graham M. Parks
208 West Grayson Street
Galax, VA  24333

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
Fax: (312) 886-5794

Midsummer Capital LLC
295 Madison Avenue
38th Floor
New York, NY 10017
Fax: (212) 624-5040

Howard Korenthal
MorrisAnderson & Associates, Ltd.
55 W. Monroe, Suite 2500
Chicago, IL 60603
Fax: (312) 727-0180

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55 Ben Franklin Station
Washington, DC 20044
Fax: (202) 514-5238

Alex C. Fergusson, Inc. (AFCO)
P.O. Box 8500-51500
Philadelphia, PA 19178-8500
Fax: (717) 264-9182

Colorado Marketing & Design
Attn: James T. Attebery
2750 Witter Gulch Road
Evergreen, CO 80439

Richard Lauter
Levenfeld Pearlstein
Two N. LaSalle Street
Chicago, IL 60603
Fax: (312) 346-8434

Obrist Americas, Inc
co Mellon Bank
Dept. CH 14152
Palatine, IL 60055-4152

Star Construction – Leasing
950 Rodeo Drive
Walterboro, SC 29488

Waste Management – Savannah
P.O. Box 9001054
Louisville, KY 40290-1054
Fax: (205) 808-5160

Grayson National Bank
Attn: Dennis B. Gambill
113 W. Main Street
Independence, VA 24348
Fax: (276) 773-3890

MidSummer Capital LLC
c/o Shulte Roth & Zabel
919 Third Avenue
New York, NY 10022
Fax: (212) 593-5599

U.S. Security Exchange Comm.
Attn: Tim Lyon
175 W. Jackson, Suite 900
Chicago, IL 60604
Fax: (312) 353-7398

Internal Revenue Service (Insol)
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604
Fax: (312) 566-2825

Burnham Hill Partners
Attn: Michael Liss
570 Lexington Avenue
New York, NY 10022
Fax; (212) 980-9466

Holland & Knight LLP
P.O. Box 3092
Lakeland, FL 33802-2092
Fax: (863) 688-1186

Maryland & Virginia Milk
P.O. Box 79537
Baltimore, MD 2279-0537
Fax: (703) 742-7459

Raymond Leasing Corp.
P.O. Box 2033905
Houston, TX 77216-3905

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

Willstaff Worldwide
P.O. Box 277534
Atlanta, GA 30384-7534
Fax: (770) 500-3762

Dale's Kitchen, LLC
11 Artley Road
Savannah, GA 31408
Fax: (912) 330-7301

Richard M. Bendix, Jr., Esq.
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Fax: (312) 264-2418

Joel Nathan
United States Attorney
200 W. Adams, Suite 2300
Chicago, IL 60606
Fax: (312) 353-2067

Aeroteck Commercial Staffing
P.O. Box 198531
Atlanta, GA 30384-8531
Fax: (770) 952-0462

California Natural Products
P.O. Box 1219
Lathrop, CA 95330
Fax: (209) 858-4076

J & S Wholesale Rental
P.O. Box 1104
Asheboro, NC 27204-1104
Fax: (336) 626-0469

MeadWestvaco Packaging Sys.
P.O. Box 409424
Atlanta, GA 30384-9424
Fax: (404) 897-7970

Southstar Energy Services LLC
Attn: Arley
P.O. Box 945785
Atlanta, GA 30394
Fax: (404) 685-4100

Valley Consulting Group
Attn: John Houser
1441 Mountain Loop Road NW
Sugar Valley, CA 30746

Zuckerman/Honickman Inc.
191 S. Gulph Road
King of Prussia, PA 19406
Fax; (610) 962-1080

Yvonne Morabito
Bushido Capital Partners
145 E. 57th Street, 11th Floor
New York, NY  10022
Fax: (646) 219-3695

Brenntag Southeast, Inc.
P.O. Box 752094
Charlotte, NC  28275-2049
Fax; (704) 588-7721

Chatham County Water & Sewer
124 Bull Street
Savannah, GA  31401
Fax: (912) 651-3681

City of Savannah
Revenue – Utility Division
P.O. Box 1968
Savannah, GA  31402-1968
Fax: (912) 650-7821

Guardian
P.O. Box 51505
Los Angeles, CA  90051-5805

Ilingworth Engineering Co.
6855 Phillips Parkway Drive South
Jacksonville, FL  32256
Fax: (904) 262-4604

Smith's Septic Service, Inc.
127 Jesup Road
Pooler, GA  31322

Tabatchnick Fine Foods,Inc.
c/o Joseph Dunn
Dunn Lambert LLC
The Atrium, East 80 Route 4
Paramus, NJ  07652
Fax: (201) 291-0140

More Than Gourmet
c/o Jeffrey T. Knoll
Stark & Knoll Co., L.P.A.
3475 Ridgewood Road
Akron, OH  44333-3163
Fax: (330) 376-6237

Maryland & Virginia Milk et al.
c/o Troutman Sanders LLP
Attn:  Vivieon E. Kelley, Esq.
Bank of American Plaza
600 Peachtree St. N.E. – Suite 5200
Atlanta, GA  30308-2216

Airco Industrual Contractors
4919 Old Louisivlle
Garden City, GA  31408

Carolina Handling
P.O. Box 890352
Charlotte, NC  28275-2049
Fax: (704) 357-1911

Chemtreat, Inc.
P.O. Box 60473
Charlotte, NC  28260-0473
Fax: (804) 965-0154

City of Savannah
Industrial Treatment
1400 E. President Street
Savannah, GA  31404
Fax: (912) 651-3681

Hartness International, Inc.
Attn:  Anthony Andrews
1200 Garlington Road
Greenville, SC  29618
Fax: (864) 297-4486

Kinard Pallets, Inc.
P.O. Box 18322
Garden City, GA  31402
Fax: (912) 965-9881

Strickland Oil Company
P.O. Box G
Pooler, GA  31322
Fax: (912) 748-4102

David A. Umbaugh
c/o Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 500
Chicago, IL  60603
Fax: (312) 641-6959

Jana Klauer, M.D.
780 Park Avenue
New York, NY  10021
Fax: (212) 288-9585

Keith J. Shapiro
Greenberg Traurig LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Fax: (312) 456-8435

BlueCross BlueShield of Georgia
P.O. Box 100376
Atlanta, GA  30384-0376

Chatham County Tax
133 Montgomery Street, 1st Fl.
Savannah, GA  31412
Fax: (912) 651-6957

City of Savannah
Revenue Department
P.O. Box 1228
Savannah, GA  31402-1228
Fax: (912) 651-6957

Ecolab Pest
P.O. Box 6007
Grand Forks, ND  58206-6007
Fax: (651) 293-2092

Hershey Company
P.O. Box 640227
Pittsburgh, PA  15264-0227

Savannah Cartage, Inc.
P. O. Box 1284
Savannah, GA  31402
Fax: (912) 966-5062

Tidewater Landscape Management, Inc.
P.O.Box 7571
Garden City, GA  31418
Fax: (912) 966-7395

Plans for Welfare, LLC
c/o VedderPrice
222 N. LaSalle Street
Chicago, IL  60601
Fax: (312) 609-5006

Peter Cappellino
Richmond North Associates
P.O. Box 963
Amherst, NY  14226
Fax: (716) 832-4236

B. Webb King, Esq.
Woods Rogers PLC
10 S. Jefferson Street, Suite 1400
Roanoke, VA  24038-4125
Fax: (540) 983-7711

Erin Brownfield Raley, Esq.
Portman & Raley LLC
31 Montgomery Street
P.O. Box 9087
Savannah, GA 31412
Fax: (912) 234-6430

Joseph E. Rutigliano
Rutigliano and Associates Co.
6140 Parkland Blvd. Suite 300
Mayfield Heights, IL 44124
Fax (440) 995-5111

RSM McGladrey, Inc.
One S. Wacker Drive – Suite 800
Chicago, IL 60606-4650
Fax (312) 634-5520

Kim Martin Lewis
Dinsmore & Shohl
255 E. 5th Street, Suite 1900
Cincinnati, OH 45202
Fax: (513) 977-8141

Moo Technologies LLC
950 Kent Road
Batavia, OH 45103-1796
Fax: (513) 732-2321

Carl Neumann, Esq.
Holland & Knight LLP
131 S. Dearborn St. – 30th Fl.
Chicago, IL 60603
Fax: (312) 578-6666

Daniel C. Burton
Bell Davis & Pitt, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC 27101
Fax: (336) 748-5890

Triple A Products, LLC
c/o Scott D. Owens, Esq.
Cohen & Owens, P.A.
2241 Hollywood Boulevard
Hollywood, FL 33020
Fax: (954) 923-3803

Flatiron Capital Corp.
950 17th Street, Suite 1300
Denver, CO 80202
Fax: (303) 571-1811

WhiteWave Foods Company
Attn: Roger Theodoredis
12002 Airport Way
Broomfield, CO 80021
Fax: (303) 635-5108