**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION***

| | |
|---|---|
| In re:<br><br>UNIVERSAL FOOD AND BEVERAGE COMPANY, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-15955<br>Jointly Administered<br><br>Hon. Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, hereby certify that I caused to be delivered to the persons listed on the attached Service List a copy of the Notice of Final Hearing notifying such parties of the Final Hearing on the Debtor's Motion for Use of Cash Collateral on November 15, 2007. Notice of the Final Hearing was served on said parties on November 1, 2007 via deposit in U.S. Mail, first class postage pre-paid. Copies of the Service List and Notice of Final Hearing served on such service list are attached hereto.

Dated: November 1, 2007

                                        /s/ Miriam R. Stein
                                        Miriam R. Stein

| | | |
|---|---|---|
| Dale's Kitchen, LLC<br>100 Belted Kingfisher Lane<br>Richmond Hills, GA 31324 | Grayson National Bank<br>Attn: Dennis B. Gambill<br>113 West Main Street<br>Independence, VA 24348 | Midsummer Capital LLC<br>295 Madison Avenue<br>38th Floor<br>New York, NY 10017 |
| Internal Revenue Service<br>(Insolvency)<br>200 W. Adams Street, Suite 2300<br>Chicago, IL 60606 | U.S. Security & Exchange Comm.<br>Attn: Merri Jo Gillette<br>175 W. Jackson, Suite 900<br>Chicago, IL 60604 | Georgia State Dept. of Revenue<br>1800 Century Center Blvd. NE<br>Atlanta, GA 30345 |
| Illinois Depart. of Emp. Revenue<br>100 W. Randolph Street<br>Chicago, IL 60601 | Illinois Dept. of Empl. Security<br>325 S. Poplar Street<br>P.O. Box 827<br>Centralia, IL 62801 | Virginia Dept. of Taxation<br>Office of Customer Services<br>P.O. Box 1115<br>Richmond, VA 23218 |
| Virginia Employment Commission<br>703 E. Main Street<br>Richmond, VA 23219 | 3M CAY 1690<br>2807 Paysphere Circle<br>Chicago, IL 60674 | A & L Pump<br>P.O. Box 2247<br>Manteca, CA 95336 |
| A. Daigger & Co. Inc.<br>620 Lakeview Parkway<br>Vernon Hills, IL 60061 | Abbey Mec-Tric<br>P.O. Box 1225<br>Norcross, GA 30091 | Able Pest Control<br>7 N 365 Falcons Trail<br>Saint Charles, IL 60174 |
| Accountemps<br>P.O. Box 6000<br>San Francisco, CA 94160-3484 | ADMS-Heath Engineering, Inc.<br>119 N. Main Street<br>Galax, VA 24333 | Advantage Storage Trailers<br>P.O. Box 236<br>Sparta, NC 28675 |
| Aerotek Commercial Staffing<br>P.O. Box 198531<br>Atlanta, GA 30384-8531 | Alex C. Fergusson, Inc. (AFCO)<br>P.O. Box 8500-51500<br>Philadelphia, PA 19178-8500 | Allen Industries, Inc.<br>Attn: Joe Moran<br>23 Progress Street<br>Edison, NJ 08820 |
| Allied Waste Services #933<br>P.O. Box 9001154<br>Louisville, KY 40290 | Ambassador Personnel<br>P.O. Box 2057<br>Thomasville, GA 31799-2057 | AMCO Products Company<br>Attn: Wendell Martin<br>501 Phoenix Avenue<br>Fort Smith, AR 72916 |
| American Arbitration Assoc.<br>950 Warren Avenue<br>East Providence, RI 02914 | American Computer Supplies<br>P.O. Box 64762<br>Los Angeles, CA 90064 | American Conveyor Corp.<br>Attn: Arnold Lawner<br>1819 Flushing Avenue<br>Ridgewood, NY 11385 |
| Andress Engineering Assoc.<br>131 Airpark Industrial Road<br>Alabaster, AL 35007 | Angela Lashell Sallie<br>343 Riverview Drive<br>Savannah, GA 31404 | Annette M. Johnson<br>P.O. Box 9792<br>Savannah, GA 31402 |

Anthony Baker, Sr.
2800 Capitol Street
Apt. 9B
Savannah, GA  31404

Anthony Lamar Moore
31 Skyline Sr.
Savannah, GA  31406

Anthony Thomas
1617 Dean Forest Road
P.O. Box 7496
Savannah, GA  31408

Appalachian Pow
P.O. Box 24413
Canton, OH  44701-4415

Appalachian powe
P.O. Box 24416
Canton, OH  44701-4413

Appalachian Pow
P.O. Box 24413
Canton, OH  44701-4413

Appalachian Power Company
P.O. Box 24404
Canton, OH  44701

Aqueelah Taliah Bryant
714 W. 57th Street
Savannah, GA  31405

Aramark Uniform Services
P.O. Box 3835
Savannah, GA  31414-3835q

ARCET
P.O. Box 10699
Lynchburg, VA  24506-0699

Ariake USA, Inc.
Attn: George Peklo
1711 N. Liberty Street
Harrisonburg, VA  22802

Ashley Jane Holloway
508 E. 4th Street
Rincon, GA  31326

AT & T
P.O. Box 8100
Aurora, IL  60507-8100

AT & T-6215
P.O. Box 277019
Atlanta, GA  30384-7019

August Liquori
15 Horton Court
West Harrison, NY  10604

Aurora Tri-State Fire
1080 Corporate Boulevard
Aurora, IL  60504

Batavia Land Co.
Attn: Nancy
1399 E. State Street
Geneva, IL  60134-2490

Berts Garage, Inc.
P.O. Box 616
Hillsville, VA  24343

Beverly Denise Jenkins
P.O. Box 691
Savannah, GA  31401

Bizedge
P.O. Box 93825
Cleveland, OH  44101-5825

Blackman Kallick
2796 Eagle Way
Chicago, IL  60678-1279

Bradley Lock & Key Shop
25 State Street E
Savannah, GA  31401

Brenda Yvonne Parker
14 Sidney Court
Savannah, GA  31406

Briarpatch Metal Works, Inc.
1173 N. Independence Avenue
Independence, VA  24348

Bruce A. Alexander
985 Rushing Street
Richmond Hills, GA  31324

Burnham Hill Partners
Attn: Michael S. Liss
570 Madison Avenue, Suite 501
New York, NY  10022

C.H. Robinson Worldwide
P.O. Box 9121
Minneapolis, MN  55480-9121

California Natural Products
P.O. Box 1219
Lathrop, CA  95330

Carey F. Canales
310 Symons Street
Pooler, GA  31322

Carl Nathanial Anderson
1425 King George Road
Apt. #7B
Savannah, GA  31419

Carlethia A. Brown
4205 Walton Street
Savannah, GA  31405

Carroll County JDR Court
P.O. Box 1808
Hillsville, VA  24343-1808

Carroll County PSA
605-2 Pine Street
Hillsville, PA  24343

Celsis, Inc.
165 Fieldcrest Avenue
Edison, NJ  08837

Century Solutions
Attn:  Mike Manahan
12836 S. Dixie Highway
Bowling Green, OH  43402

Chaka Jensece Hopkins
1228 Seiler Avenue
Savannah, GA  31404

Charles Sizer
2408 Marshall Court
Naperville, IL  60565

Charity M. Lynn
504 Ash Street
Bloomingdale, GA  31302

Charles A. Southard IV
312 Keen Way
Guyton, GA  31312

Charm Science
659 Andover Street
Lawrence, MA  01843

Charm Sciences, Inc.
P.O. Box 3700-29
Boston, MA  02241

Cherie Leveda Lang
104 Ridgecrest Street
Pooler, GA  31322

Christopher Michael Brown
P.O. Box 2141
Rincon, GA  31326

Christopher Michael Yarbrough
620 E. Deerfield Road
Bloomingdale, GA  31302

Christopher Screen
25 Clearwater Lane
Savannah, GA  31419

Clifton June Jones
7207 Madison Avenue
Savannah, GA  31406

Coastal Training Tech Corp.
P.O. Box 846078
Dallas, TX  75284-6078

Cole Parmer Instrument Co.
625 E. Bunker Court
Vernon Hills, IL  60061

Colonial Life & Accident
P.O. Box 1355
Columbia, SC  29202-1365

Colony Bay Florist
4809 Augusta Road
Garden City, GA  31408

Colorado Marketing & Design
Attn:  James T. Attebery
2750 Witter Gulch Road
Evergreen, CO  80439

Comcast Cable
P.O. Box 3001
Southeastern, PA  19398-3001

Con-Way Freight Inc.
3000 W. 36th Street
Chicago, IL  60632

Concerta medical Centers
Occ. Health Centers of GA Inc.
P.O. Box 87230
Hapeville, GA  30354-0730

Cricket Financial LLC
12310 Pinecrest Road
Suite 100
Reston, BA  20192

Crouch
2516 Fillmore Avenue
Knoxville, TN  37921

DAF Corporation
P.O. Box 467
Kaukauna, WI  54130

Daniel Jermone Morgan
P.O. Box 5721
Savannah, GA  31414

Daniele M. Dale
1854 Goshen Road, #8
Rincon, GA  31326

Darryl Keith Brown
628 E. 39th Street
Savannah, GA  31401

David A. Umbaugh
c/o Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 500
Chicago, IL 60603

David Anthony Braswell
126 Horsepen Road
Guyton, GA 31312

David Trappio, Jr.
204 New York Avenue
Savannah, GA 31404

Dawn Opal Robertson
1069 Railroad Bed Road
Brooklet, GA 30415

DCI, Inc.
P.O. Box 1227
Saint Cloud, MN 56301-1227

De Lage Landen Financial Svcs.
P.O. Box 41601
Philadelphia, PA 19101-1601

Debra Lynn Smith
1854 Goshen Road
Lot #14
Rincon, GA 31326

Delroy U. Chambers II
201 W. Montgomery Cr.
Apt. #101
Savannah, GA 31406

Demetraus D. Jenkins
4309 Augusta Road
Apt. #37D
Garden City, GA 31408

Digi-Key
P.O. Box 250
Thief River Falls, MN 56701-0250

DISH Network
P.O. Box 105169
Atlanta, GA 30348-5169

Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL 60613

Don Ratliff
31114 Rich Valley Road
Meadowview, VA 24361

Douglas Mark Hall
209 James Road
Pooler, GA 31322

DSM Nutritional Products
34 Waterview Boulevard
Parsippany, NJ 07054

Dwayne Tyron Hall
1106 Augusta Avenue
Savannah, GA 31401

E & R Oil
P.O. Box 268
Independence, VA 24348

ECO Lab Pest Elimination
P.O. Box 6007
Grand Forks, ND 58206-6007

Eddie Lee Leggett
649 E. 38th Street
Savannah, GA 31401

Edward Walker
714 West 57th Street
Apt. #302
Savannah, GA 31405

Eggers Eggers Eggers & Eggers
P.O. Box 248 DTS
373 West King Street
Boone, NC 28607

EMBARQ
P.O. Box 96064
Charlotte, NC 28296-0064

Enersys, Inc.
1604 Solutions Center
Chicago, IL 60677-1066

Environmental Management Svcs.
P.O. Box 784
Wytheville, VA 24382

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612

Evelyn Robinson Peterson
125 Tibet Avenue
Apt. #101B
Savannah, GA 31406

Fastenal
500 Peppers Ferry Road
Wytheville, VA 24382

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515

FedEx Freight
4103 Collection Center Drive
Chicago, IL 60693

Festo Corp.
P.O. Box 1355
Buffalo, NY  14240

Fil-Clean
6122 Gardendale Drive
Houston, TX  77092

Financial Dynamics
c/o Salamon Gruber Blaymore et al.
97 Powerhouse Road, Suite 102
Roslyn Heights, NY  11577-2016

Flatiron Capital Corp.
P.O. Box 27802
Newark, NJ  07101-7802

Florida Spectrum Env. Svcs.
1460 W. McNab Road
Fort Lauderdale, FL  33309

Florida Technology & Solutions, Inc.
4493 Browns Bridge Road
Gainesville, GA  30504

Fona International
1900 Averill Road
Geneva, IL  60134

Frederick J. Debords
2 Miller Avenue
P.O. Box 875
Tybee Island, GA  31328

Frictec Limited
Robinson Way
Portsmouth, Hampshire

Frischkorn, Inc.
P.O. Box 6668
Richmond, VA  23230

G & B Energy
P.O. Box 811
Elkin, NC  28621-0811

Gail Sanecki
41 W 770 Northway Drive
Elburn, IL  60119

Gary B. Rhudy
P.O. Box 435
Independence, VA  24348

Gazette Press, Inc.
P.O. Box 186
Galax, VA  24333

Glover & Associates, Inc.
506 International Tower
229 Peachtree Street NE
Atlanta, GA  30303

Gordon Flesch Company, Inc.
P.O. Box 992
Madison, WI  53701-0992

Grainger
Dept. 648
Palatine, IL  60038-0001

Henry T. Hickey
130 Fox Bow Court
Fox Bow Farms
Eden, GA  31307

Holiday Inn Express
1600 E. Main Street
Saint Charles, IL  60174

Horizon Equipment Rental
162 Silver Springs Trail
Mount Airy, NC  27030

Hubert R. Boissiere
107 Gray's Creek Court
Savannah, GA  31410

Hugh M. Gross III
367 Shearhouse Road
Guyton, GA  31312

Independence Tire Co.
P.O. Box 863670
Orlando, FL  32886-3670

Inkjet, Inc.
P.O. Box 847501
Dallas, TX  75284-7501

International Paper
1689 Solutions Center
Chicago, IL  60677-1006

International Stock Transfer Co..
1981 East 4800 South
Suite 100
Salt Lake City, UT  84117

J & S Wholesale Rental
P.O. Box 1104
Asheboro, NC  27204-1104

J. J. Keller
P.O. Box 548
Neenah, WI

Jack Tally
3568 NC8 Highway 65
Germanton, NC  27019

James Leonard Williams
2208 Godbee Avenue
Garden City, GA  31408

James Scott
2 Arrowhead Court
Savannah, GA  31406

James T. Attebery
2750 Witter Gulch Road
Evergreen, CO  80439

Jamie Lee Peterson
60 Montgomery CRD
Rom 253
Savannah, GA  31419

Jana Klauer, M.C.
780 Park Avenue
New York, NY  10021

Janis Lynne Morris
113 Hollow Oak Drive
Bloomingdale, GA  31302

JANPAK Supply Solutions
Attn:  Kahty Jones
113 Peter's Quay
Savannah, GA  31410

Jay N. Collins
219 Shellie Helmey
Guyton, GA  31312

Jeffery Adam Wilson
30 A Hidden Creek Drive
Guyton, GA  31312

Jeffry A. Cheney
118 St. Matthews Road
Guyton, GA  31312

Jeffry L. Burmeister
150 Nardina Way
Pooler, GA  31322

Joan Barlow
3122 Elk Creek Parkway
Independence, VA  24348

Joel Clyde McLaughlin
P.O. Box 121
Frank W. Dasher Lane
Guyton, GA  31312

John Anthony Jenkins
119 N. Leedsgate Road
Savannah, GA  31406

John Levy
110 Oak Tree Pass
Westfield, NJ  07090

Jon Gleaton Knotts
117 Usher Place
Rincon, GA  31326

Joseph Balistreri
7831 Ox Trail Way
Verona, WI  35393

Joseph Duncan
1301 S. Main Street
Lot #1
Hinesville, GA  31313

Jost Chemical
8150 Lackland Road
St. Louis, MO  63114

Jowat Corporation
P.O. Box 1368
High Point, NC  27261

Joy Lynette Brown
357 Sherman Avenue
Savannah, GA  31405

Judy Balistreri
7831 Ox Trail Way
Verona, WI  53593

Julie Curry
308 E. Clark Street
Plano, IL  60545

Karen Marie Knotts
117 Usher Place
Rincon, GA  31326

Karla S. Morales Garcia
2209 Spivey Avenue
Savannah, GA  31408

Kate S. Hamilton
4309 Augusta Road
Apt. 51C
Garden City, GA  31408

Keith A. Coney
2121 East 57th Street
Savannah, GA  31404

Kermon Sumner
11386 Flatrock Road
Independence, VA  24348

Kevin Robinson
9 Platinum Court
Pooler, GA  31322

Kevin T. Foster
1 Saint George Boulevard
Apt. #422
Savannah, GA  31419

Kinard Sales, Inc.
282 Highway 80
Garden City, GA  31408

Kohler Industries, Inc.
4925 N. 56th Street
Lincoln, NE  68504

Krones, Inc.
P.O. Box 321801
Franklin, WI  53132-6241

Lantech.com LLC
3257 Reliable Parkway
Chicago, IL  60686-0032

Lathan R. Cooper
2 Dukes Way, Unit 8
Savannah, GA  31419

Lavina L. Davis
12409 Largo Drive
Apt. 31
Savannah, GA  31419

LeClair Ryan
P.O. Box 2499
Richmond, VA  23218-2499

Leteshia Dwonik Coffee
205 W. Montgomery Dr.
Apt. 803
Savannah, GA  31406

Levenfeld Pearlstein
Two N. LaSalle Street
Chicago, IL  60603

Liberty Incorporated
P.O. Box 7312
Garden City, GA  31418

Linda Gail Uqdah
9521 Dunwoody Drive
Savannah, GA  31406

Magnetrol International, Inc.
4419 Paysphere Circle
Chicago, IL  60674

Marc Randal Fry
347 Robin Glen
South Elgin, IL  60177

Maryland & Virginia Milk Producers
P.O. Box 79537
Baltimore, MD  21279-0537

Matthew J. McLellan
5 Ballastone Court
Savannah, GA  31410

McDonald Hopkins Co. LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH  44114

Meadwestvaco Packaging Sys LLC
P.O. Box 409424
Atlanta, GA  30384-9424

Melvin McKinley Wallace
2008 Siem Place
Savannah, GA  31404

Mesa Laboratory, Inc.
12100 W. 6th Avenue
Lakewood, CO  80228

Mescon Technologies, Inc.
9502 Gulfstream, Road
Frankfort, IL  60423

Michael Catania
1542 Maritime Drive
Carlsbad, CA  92011

Michael H. Algor
9 Madeline Court
Farmingdale, NJ  07727

More Than Gourmet
c/o Stark & Knoll Co. L.P.A.
3475 Ridgewood Road
Akron, OH  44333-6237

Mort Loan Grayson
P.O. Box 186
Independence, VA  24348

Myra Jo Barnes
1117 Springfield Street
Savannah, GA  31415

NAMSA
P.O. Box 710970
Cincinnati, OH  45271

Neogen Corporation
1603 Paysphere Circle
Chicago, IL  60674

Nicholas Jamane Teklu
291 Exeter Lane
Sugar Grove, IL  60554

North American Tank Lines
P.O. Box 863736
Orlando, FL 32886-3736

NSF International
6195 Reliable Parkway
Chicago, IL 60686-0061

Obrist Americas, Inc.
c/o Mellon Bank
Dept. CH 14152
Palatine, IL 60055-4152

Occupational Health Centers
P.O. Box 82730
Hapeville, GA 30354-0730

Officemax Contract, Inc.
P.O. Box 101705
Atlanta, GA 30392-1705

Omni Electrical Constructors
P.O. Box 4335
Lynchburg, VA 24502

Pallet One
P.O. Box 819
Bartow, FL 33831

Paper Chemical Supply Co.
P.O. Box 22113
Savannah, GA 31403

Paul Trincor
P.O. Box 75312
Charlotte, NC 28275

Peter James Skoda
1626 Bay Court
Naperville, IL 60565

Pizzey's Milling USA
4330 Lee Avenue
Gurnee, IL 60031

Plans for Welfare, LLC
c/o VedderPrice
222 N. LaSalle Street
Chicago, IL 60601

Polish Cleaning Services, Inc.
P.O. Box 761
St. Charles, IL 60174

PR Newswire
G.P.O. Box 5897
New York, NY 10087-5897

Precision Land Service, Inc.
P.O. Box 114
Wasco, IL 60183-0114

Priority Consultants, Inc.
64 Dunham Place
St. Charles, IL 60174

Pumping Systems, Inc.
P.O. Box 116673
Atlanta, GA 30368-6673

QAD, Inc.
P.O. Box 673421
Detroit, MI 48267-3421

Quill Corporation
P.O. Box 94081
Palatine, IL 60094-4081

Ralph Passino
1039 Bayou Place
Sarasota, FL 34236

Raymond E. Bolton
182 Oakland Drive
Guyton, GA 31312

Raymond Leasing Corp.
P.O. Box 2033905
Houston, TX 77216-3905

Reginald Darnell Thomas
4309 Augusta Road
Apt. #32-D
Savannah, GA 31408

Reliable Chicago
29 S. LaSalle Street
Suite 520
Chicago, IL 60603

Rickey W. Rodi
2651 U.S. Highway Road
Bloomingdale, GA 31302

ROA Group
1562 Rosewood Drive
Wooster, OH 44691

Robert Earl Williams
1920 E. 57th Street
Savannah, GA 31404

Robert H. Stack
308 Roscommon Court
Glen Ellyn, IL 60137

Robin Carol Hursey
6096 Highway 204
Ellabell, GA 31308

Rodney W. Ferguson
315 Carter Street
Richmond Hill, GA 31324

Ronald Jackson Debnam
2906 Arctic Street
P.O. Box 3644
Savannah, GA  31414

Ronald Jones
9400 Abercorn Street
Savannah, GA  31419

Ronald McVay
112 Biltmore Drive
Guyton, GA  31312

Roseann Marie Phillips
385 Log Landing Court
Springfield, GA  31329

Royal Office Products
P.O. Box 2403
Bedford Park, IL  60499-2403

RR Donnelley Receivables Inc.
P.O. Box 13654
Newark, NJ  07188-0001

RSM McGladrey
One S. Wacker Drive
Suite 800
Chicago, IL  60606-4650

Samson Industrial
P.O. Box 532910
Atlanta, GA  30353-2910

Samuel W. Kennedy
25 Joshua Circle
Ellabell, GA  31308

Savannah Apparatus Repair Co.
P.O. Box 2886
Savannah, GA  31402-2886

Savannah First Aid
P.O. Box 397
Pooler, GA  31322

Savannah Warehouse Services
P.O. Box 7898
Garden City, GA  31418

Savoury Systems, Intl. Inc.
50 Tannery Road
Units 5 & ^
Branchburg, NJ  08876

Scholle Corporation
7243 Collections Center Drive
Chicago, IL  60693

Shannon Lee Pritchett
1105 S. Rogers Street
Lot #205
Pooler, GA  31322

Shawtay D. Wright
4419 Lilac Avenue
Savannah, GA  31404

Sherman Lavin Woodard
3 Towne Lake Court
Pooler, GA  31322

Sidel, Inc.
808 Stewart Avenue
Suite 200
Plano, TX  75074

Sonya Lynette Moore
4750 Laroche Avenue
Apt. #13
Savannah, GA  31404

Southeast Milk, Inc.
P.O. Box 3790
Belleview, FL  34421

Southstar Energy Services LLC
P.O. Box 945785
Atlanta, GA  30394

Sprint
P.O. Box 219100
Kansas City, MO  64121-9100

Standard Auto Parts Co.
P.O. Box 1161
Galax, VA  24333

Stanley Hubert James
2133 Westlake Avenue
Savannah, GA  31405

Staples Business Advantage
Dept. 2368
P.O. Box 83689
Chicago, IL  60696-3689

Star Construction – Leasing
950 Rodeo Drive
Walterboro, SC  29488

Stella Ann Beller
9 Bishop Avenue
Garden City, GA  31408

Stephanie Louis Bowers
2117 Mell Street
Savannah, GA  31415

Stephanie Tonete Johnson
114 Walz Circle
Savannah, GA  31404

Steve E. Zummelmann, Jr.
30595 SW Rogue Lane
Apt. #5405
Wilsonville, OR  97070

| | | |
|---|---|---|
| Steven Darnell Bashlor<br>44 Carter Street<br>Richmond Hill, GA 31324 | Steven Howard Christensen<br>12 Palmetto Bay Road<br>Savannah, GA 31410 | Sunbelt Software Dist. Inc.<br>33 N. Garden Avenue<br>Suite 1200<br>Clearwater, FL 33755 |
| Sunopta Grains and Foods Group<br>P.O. Box 128<br>Hope, MN 56046 | Superior Vision Service, Inc.<br>(NGLIC)<br>P.O. Box 201839<br>Dallas, TX 75320-1839 | System ID Warehouse<br>1400 10th Street<br>Plano, TX 75074 |
| Taaja C. Hightower<br>201 W. Montgomery<br>Apt. #208<br>Savannah, GA 31406 | Tabatchnick Fine Foods, Inc.<br>c/o Dunn Lambert ILC<br>The Atrium, East 80 Route 4<br>Paramus, NJ 07652 | Tamela Ann Campbell<br>4 Sweet Gum Court<br>Savanah, GA 31410 |
| Taptone Package Inspection<br>a/k/a Benthos, Inc.<br>49 Edgerton Drive<br>North Falmouth, MA 02556 | Taylor Steven Parker<br>532 Shearouse Road<br>Guyton, GA 31312 | The Great Spice Company<br>295 Distribution Avenue<br>San Marcos, CA 92024 |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | Thompson Pump & Mfg.<br>P.O. Box 291370<br>Port Orange, FL 32119 | Tiffnay Rowell-Landing<br>2302 W. 42nd Street<br>Savannah, GA 31404 |
| Toney Bernard Flowers<br>119 Saint Joseph Avenue<br>Savannah, GA 31408 | Touchtone Telecom, Inc.<br>1952 Banks Drive<br>Elgin, IL 60123 | Town of Independence<br>Attn: Kenneth Vaught<br>P.O. Box 99<br>Independence, VA 24348 |
| Travis J. Wallace<br>213 Tunnel Road<br>Springfield, GA 31329 | Tri-Chem Corporation<br>P.O. Box 71550<br>Madison Heights, MI 48071-0550 | Triple A Products<br>5 Dakota Drive, Suite 305<br>New Hyde Park, NY 11042 |
| Triumbari<br>2150 Steels Avenue East<br>Unit 10<br>Brampton Ontario L6T 1A7<br>Canada | United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | Universal Electric Co. Inc.<br>348 W. Pine Street<br>Jesup, GA 31545 |
| Universal Instrument Corp.<br>P.O. Box 14<br>Rosemont, PA 19010 | UPS Freight<br>P.O. Box 79755<br>Baltimore, MD 21279-0755 | US Cellular<br>P.O. Box 0203<br>Palatine, IL 60055-0755 |
| US Cellular<br>P.O. Box 371345<br>Pittsburgh, PA 15250-7345 | Utility Trailer Sales of Mt. Airy<br>P.O. Box 1444<br>Mount Airy, NC 27030 | Valerie C. Young<br>P.O. Box 30905<br>Savannah, GA 31410 |

Valerie Coleman
3599 Islands Highway
Midway, GA  31320

Valerie Rangel
703 E. Roosevelt Road
#203
Glendale Heights, IL  60139

Valley Consulting Group
Attn:  John Houser
1441 Mountain Loop Road NW
Sugar Valley, GA  30746

Vassel Thomas Allen, Jr.
2 Dukes Way, Unit 8
Savannah, GA  31419

VBS International (Cryotech)
745-B Camden Avenue
Campbell, CA  95008

VDACS
P.O. Box 430
Richmond, VA  23218-0430

VIP
P.O. Box 1609
Hinesville, GA  31310

VR Food Equipment
P.O. Box 216
Penn Yan, NY  14527-0216

Waste Industries
P.O. Box 580495
Charlotte, NC  28258-0495

Waste Management – Savannah
P.O. Box 9001054
Louisville, KY  40290-1054

Water Time, Inc.
P.O. Box 591
Pittston, PA  18640

WCR Incorporated
221 Crane Street
Dayton, OH  456403

Wear-Ever Parts & Service
2283 Camel Road
Benicia, CA  94510

William C.A. Seng
1333 Lavon Avenue
Savannah, GA  31406

William Danny Thompson
505 Harris Trail Road, #28D
Richmond Hill, GA  31324

William P. Wallace
213 Tunnel Road
Springfield, GA  31329

William Supply – WYT
455 E. Spring Street
Wytheville, VA  24382

William Thomas Meadows
18 Cherry Street
Hinesville, GA  31313

Willie Edward Sheffield
20008 Siem Place
Savannah, GA  31404

Willstaff Worldwide
P.O. Box 277534
Atlanta, GA  30384-7534

Winston-Salem Journal
P.O. Box 26408
Richmond, VA  23260-6408

Wiredog
974 East Stuart Drive
Suite H
Galax, VA  24333

Work One – Savannah Mall
P.O. Box 61117
Savannah, GA  31420

Worldwide Express
130 S. Bemiston Avenue
#700
St. Louis, MO  63105

XPEX
P.O. Box 403565
Atlanta, GA  30384-3565

Yokogawa Corp.
P.O. Box 409220
Atlanta, GA  30384-9220

Zuckerman/Honickman, Inc.
191 S. Gulph Road
King of Prussia, PA  19406

Advanced Instruments, Inc.
P.O. Box 845116
Boston, MA  02284-5116

Airco Industrial Contractors, Inc.
4919 Old Louisville
Garden City, GA  31408

Arbon Equipment Corp.
P.O. Box 78196
Milwaukee, WI  53278

AT & T
P.O. Box 105262
Atlanta, GA  30348-5262

Bearings & Drives
P.O. Box 116733
Atlanta, GA  30368-6733

Bill Moore Supply Co.
P.O. Box 2327
Savannah, GA  31402

BlueCross BlueShield of Georgia
P.O. Box 100376
Atlanta, GA  30384-0376

Brenntag Southeast, Inc.
P.O. Box 752094
Charlotte, NC  28275-2049

Carolina Handling
P.O. Box 890352
Charlotte, NC  28289-0352

CEM Corp.
12750 Collections Center Drive
Chicago, IL  60693

Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA  31412

Chatham County Water & Sewer
124 Bull Street
1st Floor Cashier
Savannah, GA  31401

Chemtreat, Inc.
P.O. Box 60473
Charlotte, NC  28260-0473

City of Savannah
Industrial Treatment
1400 E. President Street
Savannah, GA  31404

City of Savannah
Revenue Department
P.O. Box 1228
Savannah, GA  31402-1228

City of Savannah
Revenue Dept. – Utility Div.
P.O. Box 1968
Savannah, GA  31402-1968

Culligan Water Services
P.O. Box 1618
Kingsland, GA  31548-1681

DAF Corporation
P.O. Box 567
Kaukauna, WI  54130

Daigger
620 Lakeview Parkway
Vernon Hills, IL  60061

Diagraph Marking & Coding
Attn:  Maxine Ferguson
75 Remittance Drive, Suite 1234
Chicago, IL  60675-1234

Division & Contractors, Inc.
P.O. Box 22593
Savannah, GA  31403

Dobbins Company, Inc.
P.O. Box 65
Trussville, AL  35173

Domino Amjet, Inc.
135 S. LaSalle Street
Dept. 3809
Chicago, IL  60674-3809

Donaldson Filtration Ultrafilter
c/o Bank of America
Chicago, IL  60692

Dougherty Equipment Co.
P.O. Box 601439
Charlotte, NC  28260-1439

Elite Transportation & Logistics
P.O. Box 280
Henderson, CO  80640

FedEx
P.O. Box 94515
Palatine, IL  60094-4515

Fisher Scientific
13551 Collections Center Drive
Chicago, IL  60693

Georgia Department of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA  30348-5499

Georgia Mill Supply, Inc.
P.O. Box 903
Alma, GA  31510

Georgia Scale Company
P.O. Box 211460
Augusta, GA  30917-1480

Georgia Valve & Fitting
P.O. Box 3055
Alpharetta, GA  30023

Grainger
Dept. 860217884
Palatine, IL  60038-0001

Graphic Controls LLC
P.O. Box 1271
Buffalo, NY 14240-1271

Guardian
P.O. Box 51505
Los Angeles, CA 90051-5805

Hartness International
P.O. Box 75441
Charlotte, NC 28275-0441

Hartness International, Inc.
Attn: Anthony Andrews
1200 Garlington Road
Greenville, SC 29618

HD Supply – Apex (Hughes)
P.O. Box 101888
Atlanta, GA 30392-1888

Hendricks Interiors, Inc.
167 Lansing Avenue
Savannah, GA 31406

Henry H. Ottens Mfg. Co.
P.O. Box 2506
Philadelphia, PA 19178-2506

Heritage Equipment Company
9000 Heritage Drive
Plain City, OH 43084

Hershey Company
P.O. Box 640227
Pittsburgh, PA 15264-0227

Hertz – Location 346
514 Bourne Avenue, Highway 30
Garden City, GA 31418

Hill Manufacturing Co. Inc.
1500 Jonesboro Road SE
Atlanta, GA 30315

Home Depot
P.O. Box 6031
Dept. 32253677003
The Lakes, NV 88901-6031

Indexx Distributions, Inc.
P.O. Box 101327
Atlanta, GA 30392-1327

IFM Efector, Inc.
P.O. Box 8538-307
Philadelphia, PA 19171-0307

Illingworth Engineering Co.
6855 Phillips Parkway Drive South
Jacksonville, FL 32256

Imperial Distributing, Inc.
14385 Collections Center Drive
Chicago, IL 60693

Industrial Boiler & Mechanical Co.
P.O. Box 5100
Chattanooga, TN 37406

Inkjet, Inc.
P.O. Box 847501
Dallas, TX 75284-7501

Lab Safety Supply, Inc.
P.O. Box 5004
Janesville, WI 53547-5004

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

McNaughton-McKay Electric Co.
P.O. Box 890976
Charlotte, NC 28289-0976

Melton U.S.A.
P.O. Box 493
Winder, GA 30680

Motion Industries, Inc.
P.O. Box 404130
Atlanta, GA 30384

National Welders Supply Co. Inc.
P.O. Box 31007
Charlotte, NC 28231

Nelson Jameson, Inc.
P.O. Box 1147
Marshfield, WI 54449-1147

Nordson Corp.
P.O. Box 802586
Chicago, IL 60680-2586

OCE Imagistics, Inc.
7555 E. Hampden Avenue
Suite 200
Denver, CO 80231-4834

Praxair Distribution, Inc.
Dept. AT40174
Atlanta, GA 31193-0174

Precision Compressor Parts
P.O. Box 3048
Lilburn, GA 30048

Savannah Cartage, Inc.
P.O. Box 1284
Savannah, GA 31402

Shred-It USA
10162 Bell Wright Road
Suite A
Summerville, SC  29483

Silliker, Inc.
2169 West Park Court
Suite G
Stone Mountain, GA  30087

Southeastern Air Conditioning Co.
P.O. Box 7768
Garden City, GA  31418

Sprint
P.O. Box 4181
Carol Stream, IL  60197-4181

Tennant Sales & Services Co.
P.O. Box 71414
Chicago, IL  60694-1414

Tidewater Landscape Management
P.O. Box 7571
Garden City, GA  31418

Trane
File 56718
Los Angeles, CA  90074-6718

Tri-State, Inc.
P.O. Box 18289
Garden City, GA  31481

Unisource
P.O.Box 409884
Atlanta, GA  30384-9884

Univar USA, Inc.
P.O. Box 409692
Atlanta, GA  30384-9692

County of Grayson, Virginia
c/o Graham M. Parks
208 West Grayson Street
Galax, VA  24333

BDO Seldman, LLP
233 N. Michigan Avenue
Suite 2500
Chicago, IL  60601

Pitney Bowes – Purchase Power
P.O. Box 856042
Louisville, KY  40285-6042

Systems Connect, Inc.
7505 Waters Avenue
Suite A3
Savannah, GA  31406

Teledyne Benthos, Inc.
49 Edgerton Drive
North Falmouth, MA 02556-2826

Accountemps
12400 Collections Center Drive
Chicago, IL  60693

Illinois Department of Reveue
Field Compliance District 07
101 W. Jefferson Street
P.O. Box 19475
Springfield, IL  62794-9475

State of Michigan
Department of Treasury
P.O. Box 30158
Lansing, MI  48909

Commonwealth of Virginia
Department of Taxation
P.O. Box 1777
Richmond, VA  23218-1777

Wisconsin Department of Revenue
P.O. Box 8901
Madison, WI  53708-8981

Midland States Bank
P.O. Box 767
Effingham, IL  62401-2344

Dale's Kitchen, LLC
11 Artley Road
Savannah, GA  31408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# *EASTERN DIVISION*

| | |
|---|---|
| In re:<br><br>UNIVERSAL FOOD AND BEVERAGE COMPANY, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-15955<br>Jointly Administered<br><br>Hon. Jacqueline P. Cox |

## NOTICE OF FINAL HEARING ON DEBTORS' USE OF CASH COLLATERAL

**PLEASE BE ADVISED that** on October 30, 2007, the Court conducted a Preliminary Hearing on the Motion ("Motion") of Universal Food and Beverage Company, Inc. et al. ("Debtors") for entry of an order ("Interim Order") (1) Authorizing the Debtors to Use Cash Collateral; and (2) Granting Certain Liens and Other Relief to Lender. On that date, the Court entered the Interim Order granting the Motion. A copy of the Interim Order is available upon request to Debtors' counsel, Miriam R. Stein at (312) 876-7119. The terms of the Interim Order continue through November 15, 2007.

**PLEASE BE FURTHER ADVISED that** a final hearing ("Final Hearing") shall be conducted on **November 15, 2007 at 10:30 a.m.** before the Honorable Jacqueline P. Cox, U.S. Bankruptcy Judge in Courtroom 619 of the Dirksen Federal Building located at 219 S. Dearborn Street, Chicago, IL 60604, to consider the entry of a final order ("Final Order") approving the Motion. A copy of the proposed Final Order is attached hereto for the Debtors' twenty largest creditors and certain other parties in interest, as Exhibit A. The terms of the Final Order are subject to revisions prior to the Final Hearing. Creditors who did not receive a copy of the draft Final Order, and wish to receive a copy, may request one from Debtor's counsel, Miriam R. Stein, at (312) 876-7119.

**PLEASE BE FURTHER ADVISED that** the Court may continue the Final Hearing from time to time without further notice, other than as announced in open Court.

November 1, 2007                              Universal Food & Beverage Co., Inc. et al.

                                              By:   /s/ Miriam R. Stein
                                                    One of its Attorneys

Barry A. Chatz
Miriam R. Stein
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288