## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>UNIVERSAL FOOD AND BEVERAGE COMPANY, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-15955<br>Jointly Administered<br><br>Hon. Jacqueline P. Cox |

### ORDER EXTENDING TERMS OF FINAL ORDER
### AUTHORIZING USE OF CASH COLLATERAL

This matter coming before the Court on the status hearing on the Final Order Authorizing Use of Cash Collateral entered on November 15, 2007 [EOD #117] ("Final Order"). The Court finding notice to be sufficient under the circumstances and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that:

1. Pursuant to Paragraph 12 of the Final Order, the terms and conditions of the Final Order are hereby extended to and including January 2, 2008.

2. Notwithstanding Paragraph 1 herein, the Debtors are authorized to use their cash collateral for the sole and exclusive purpose of paying the expenses delineated on the budget attached hereto as Exhibit A.

3. A status hearing on this Order is hereby scheduled for January 2, 2008 at 11:00 a.m.

Dated: 12/14/07

ENTERED:

*Jacqueline P. Cox*

J. Cox
U.S. Bankruptcy Judge

# EXHIBIT

# A

**Universal Foods**
**Chapter 11 DIP Budget**
12/10/2007

| Disbursement Description | Budget Amount | 12/3/2007 | 12/10/2007 | 12/17/2007 |
|---|---|---|---|---|
| **Savannah** | | | | |
| Forklift leases | 5,000 | | 5,000 | |
| Telephone | 1,000 | | 1,000 | |
| All other | 1,000 | | 1,000 | |
| **Total Savannah** | 7,000 | 0 | 7,000 | 0 |
| **Virginia** | | | | |
| Payroll | 3,000 | | 3,000 | |
| Electric | 100 | 100 | | |
| Telephone | 50 | 50 | | |
| VA spoiled product destruction | 5,000 | 5,000 | | |
| All other | 1,000 | 1,000 | | |
| **Total Virginia** | 9,150 | 6,150 | 3,000 | 0 |
| **Professional fees and Chapter 11 expenses** | | | | |
| Morris Anderson--CRO | 20,000 | 10,000 | 5,000 | 5,000 |
| Arnstein & Lehr--Debtors Counsel (net of retainer) | 0 | | | |
| Schiff Hardin--Creditor's Committee (net of retainer) | 0 | | | |
| Property Insurance | 11,000 | | 11,000 | |
| D & O insurance | 24,098 | 12,049 | | 12,049 |
| U S Trustee fees | 0 | | | |
| Computer system cost to restart | 2,000 | | 2,000 | |
| | 57,098 | 22,049 | 18,000 | 17,049 |
| **Grand Total** | 73,248 | 28,199 | 28,000 | 17,049 |
| **Cash Summary** | | | | |
| Beginning Cash-12-1-07 | | 158,993 | 158,993 | 130,794 | 102,794 |
| Disbursements | | 73,248 | 28,199 | 28,000 | 17,049 |
| Proceeds from Virginia sale | | 0 | | | |
| Ending balance | | 85,745 | 130,794 | 102,794 | 85,745 |

Chapter 11  DIP Budget thru week beginning 12-17-0712/10/20075:51 PM