IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL FOOD AND BEVERAGE | ) | Case No. 07 B 15955 |
| COMPANY, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

### ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF
### PROFESSIONAL FEES TO ARNSTEIN & LEHR LLP ON A FINAL BASIS

This matter coming to be heard on the Third Interim and Final Application for Allowance of Interim Compensation and Reimbursement of Expenses for ARNSTEIN & LEHR LLP ("A&L"), counsel to the above-captioned Debtors and Debtors in Possession, for the period of April 1, 2008 through September 30, 2008, pursuant to 11 U.S.C. §330 and 331 of the Bankruptcy Code. The Court finding notice to be sufficient under the circumstances, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that:

1. A&L is allowed compensation on a final basis in the amount of $_____ in fees and reimbursement of expenses in the amount of $_____ for the period of time from April 1, 2008 through September 30, 2008 (collectively, the "A&L Allowed Claim").

2. A&L is authorized to apply the $49,000 retainer ("Retainer") to the A&L Allowed Claim.

3. The Debtors are authorized to pay the balance of the A&L Allowed Claim after application of the Retainer.

4. A&L's fees and expenses previously allowed on an interim basis on December 4, 2008 in the amount of $208,676.40 in fees and $4,414.95 in expenses are hereby allowed on a final basis pursuant to Section 330 of the Bankruptcy Code.

5. A&L's fees and expenses previously allowed on an interim basis on May 27, 2008 in the amount of $203,075.50 in fees and $3,823.84 in expenses are hereby allowed on a final basis pursuant to Section 330 of the Bankruptcy Code.

Dated:_____          ENTERED:


                                  _____
                                  U.S. Bankruptcy Judge

-2-